# Exhibit "A"

















