# Exhibit "B"

