# Exhibit "C"



AMUSEMENTS    COLLECTIONS    FEATURES    CURIOSITIES

# Terms Of Use

**PLEASE READ THESE TERMS AND CONDITIONS CAREFULLY BEFORE USING THI**

## Terms of website use

These terms of use (together with the documents referred to herein) (the **"Terms"**) form
our website **https://www.icepop.com/** (**"our site"**), whether as a guest or a registered u
limited company formed under the laws of Israel ("**we**" or "**us**"). Use of our site include
registering to use our site.

Please read these Terms carefully before you start to use our site, as these will apply to
copy of these Terms for future reference.

By using our site, you confirm that you accept these Terms and that you agree to comp

IF YOU DO NOT AGREE TO THESE TERMS, YOU MUST NOT USE OUR SITE.

YOU ARE NOT ALLOWED TO USE OUR SITE, UNLESS YOU ARE AT LEAST 18 YEARS OI

By accessing or using our site you affirm that:

- you can form a binding contract (i.e., the Terms) with us; and
- you are over the age of 18.

## Other applicable terms

These Terms refer to the following additional terms, which also apply to your use of ou

- Our Privacy Policy (the "**Privacy Policy**"), which sets out the terms on which we process any pers
  using our site, you consent to such processing and you warrant that all data provided by you is a

## Changes to these terms

We reserve the right to update or change these Terms at any time by posting the most

"effective date" shown as "Last Updated". All such changes in the Terms shall be effecti

our site after we post any changes to the Terms signifies your agreement to any such c

discontinue using our site.

## Changes to our site

We may update our site from time to time and may change the content at any time. Ho

may be out of date at any given time, and we are under no obligation to update it.

We do not guarantee that our site, or any content on it, will be free from errors or omis

## Accessing our site

Our site is made available free of charge.

We do not guarantee that our site, or any content on it, will always be available or be u

temporary basis. We may suspend, withdraw, discontinue or change all or any part of o

any third party if for any reason our site is unavailable at any time or for any period of

You are responsible for making all arrangements necessary for you to have access to ou

You are also responsible for ensuring that all persons who access our site through your

other applicable terms and conditions, and that they comply with them.

## Using our site

When using our site, you agree to comply with the following requirements at all times:

- You will comply with these Terms as well as the Privacy Policy at all times.

- You will comply with any law or regulation applicable to you.

- You will not use our site in a manner that is unlawful or illegal or that infringes these Terms or th

- You will not interfere, attempt to interfere, or assist anyone in interfering or attempting to interfe

- You will not modify, attempt to modify, or assist anyone in modifying or attempting to modify any

- You will not disrupt, disable, overburden or impair our site or the proper working of any server(s
  assist anyone in doing so or attempting to do so.

- You will not perpetrate, try to perpetrate, or assist anyone in perpetrating or trying to perpetrate automated means (such as harvesting bots, robots, spiders, or scrapers) or by any other means.

- You will not reverse engineer, decompile, disassemble, decipher or otherwise attempt to derive, b software or other intellectual property used to provide our site, or to obtain any information from

- You will not make improper use of the support service we may offer or submit false or misleading

- You will not access, intercept or otherwise collect, or attempt to do so, or assist anyone in doing s or through our site.

- You will not solicit, attempt to solicit or assist anyone in soliciting or attempting to solicit person

- You will not use our site to transmit unauthorised commercial communication or any other unau unsolicited communication to users, end users and third parties, chain letters, or any other mate items.

- If available, you may subscribe to our site using your e-mail address. You agree that you will only address, you agree and give your explicit consent that we may send you e-mail from us and our p commercial content.

## End User Data and Information

Our site may collect data about the visitors (including e-mail addresses) of our site and site ("**Data Collection**"). By using our site, you agree to the Data Collection.

We reserve the right to access, read, preserve, and disclose any information as we reas

- satisfy any applicable law, regulation, legal process, subpoena or governmental request;

- enforce these Terms, including investigation of potential violations of it;

- detect, prevent, or otherwise address fraud, security or technical issues;

- respond to user support requests; or

- protect our, our users' or the public's rights, property or safety.

## Third Party Affiliates

Our site may participate in affiliate marketing and may allow affiliate links to be encod earn a commission if/when you click on or make purchases via affiliate links on our sit

## Intellectual property rights

"**Intellectual Property Rights**" means any and all rights, titles and interests, whether fo
secrets, patents, copyrights, service marks, trademarks, know-how, or similar intellect
rights, rights of privacy, publicity and similar rights of any type under the laws or regu
authority, foreign or domestic.

The content on our site, including without limitation, the text, documents, description
videos, interactive features, services, User Content and any other content on our site ("
logos contained therein ("**Marks**"), are owned by or licensed to us.

Content on our site is provided to you "AS IS" for your information and personal use on
transmitted, broadcast, displayed, sold, licensed, de-compiled, or otherwise exploited
written consent. We reserve all rights not expressly granted in and to our site. If you do
use, you must retain all copyright, trademark and other proprietary notices contained
otherwise interfere with security-related features of our site or features that prevent o
enforce limitations on use of our site.

Our status (and that of any identified contributors) as the authors of Content on our sit

If you print off, copy or download any part of our site in breach of these Terms, your ri
must, at our option, return or destroy any copies of the materials you have made.

Subject to these Terms, we grant you a limited, non-transferable, non-exclusive, non-a
make personal, non-commercial use our site, provided that:

- You will not copy, distribute or modify any part of our site without our prior written authorizatio
- You will not send unsolicited or unauthorized advertisements, spam, chain letters, etc.;
- You will not transmit any Content which contains software viruses, or other harmful computer c
- You will not disrupt servers or networks connected to our site; and
- You comply with these Terms.

Using our site does not give you ownership of any Intellectual Property Rights in our si

**No reliance on information**

The Content on our site is provided for general information only. It is not intended to a
obtain professional or specialist advice before taking, or refraining from, any action on

Although we make reasonable efforts to update the information on our site, we make n
whether express or implied, that the content on our site is accurate, complete or up–to

You understand that when using our site, you will be exposed to User Content (as defin
responsibility and assume no liability for any User Content that you or any other user c
the defamatory, offensive, or illegal conduct of any third party, and you agree that the r
entirely with you.

We do not warrant, endorse or guarantee any User Content, product, or service that ap
advertised on our site.

You understand and agree that you may be exposed to User Content that is inaccurate,
children, or otherwise unsuited to your purpose, and you agree to waive, and hereby d
may have against us with respect thereto, and agree to indemnify and hold us, our own
harmless to the fullest extent allowed by law regarding all matters related to your use c

TO THE EXTENT PERMITTED BY LAW, WE SPECIFICALLY DISCLAIM ANY AND ALL W
MERCHANTABILITY, MERCHANTABLE QUALITY, FITNESS FOR A PARTICULAR PURPO
WARRANTIES ARISING OUT OF COURSE OF DEALING OR USAGE OF TRADE.

WHILE WE MAKE REASONABLE EFFORTS TO ENSURE THAT OUR SITE WILL FUNCTI
OUR SITE WILL BE FREE OF BUGS, SECURITY BREACHES, VIRUS ATTACKS AND THE
ADDITION, YOU AGREE THAT WE WILL NOT BE HELD RESPONSIBLE FOR ANY CONS
TECHNICAL PROBLEMS OF THE INTERNET, SLOW CONNECTIONS, TRAFFIC CONGE
SERVERS.

EXCEPT AS EXPRESSLY STATED IN OUR PRIVACY POLICY, WE DO NOT MAKE ANY RE
OF ANY KIND, EXPRESS OR IMPLIED, AS TO THE SECURITY OF ANY INFORMATION Y
DURING THE COURSE OF YOUR USE OF OUR SITE.

YOU ARE SOLELY RESPONSIBLE FOR YOUR INTERACTION WITH OTHER USERS. IF Y
OUR SITE, YOU AGREE THAT WE ARE NOT LIABLE FOR ANY CLAIMS OR DAMAGES A

DISPUTE. WE RESERVE THE RIGHT, BUT HAVE NO OBLIGATION, TO MONITOR ANY S
ARISING OUT OF THEIR USE OF OUR SITE.

## Limitation of our liability

To the fullest extent permitted by law, we exclude all conditions, warranties, represent
any content on it, whether express or implied.

We, our affiliates and their respective officers, directors, employees, licensors, assigns
or damage, whether in contract, tort (including negligence), breach of statutory duty, o
connection with:

- use of, or inability to use, our site;
- use of, or reliance on, any content displayed on our site;
- loss of profits, sales, business, or revenue;
- business interruption;
- loss of anticipated savings;
- loss of business opportunity, goodwill or reputation; or
- any indirect or consequential loss or damage.

Please note that we only provide our site for domestic and private use. You agree not to
purposes, and we have no liability to you for any loss of profit, loss of business, busines

We will not be liable for any loss or damage caused by a virus, distributed denial-of-se
material that may infect your computer equipment, computer programs, data or other
to your downloading of any content on it, or on any website linked to it.

We assume no responsibility for the content of websites linked on our site. Such links s
those linked websites. We will not be liable for any loss or damage that may arise from

TO THE MAXIMUM EXTENT PERMITTED BY LAW, WE, OUR AFFILIATES AND THEIR F
LICENSORS, ASSIGNS AND AGENTS SHALL NOT BE LIABLE FOR ANY LOSS OF MONE
LOSSES, SPECIAL, INDIRECT, DIRECT, INCIDENTAL, PUNITIVE OR CONSEQUENTIAL
OR THE INABILITY TO USE, OUR SITE; (II) ANY CONDUCT OR CONTENT OF ANY THI

LIMITATION, ANY DEFAMATORY, OFFENSIVE OR ILLEGAL CONDUCT OF OTHER USE
ACCESS, USE OR ALTERATION OF YOUR TRANSMISSIONS OR CONTENT; EVEN IF WE
SUCH LOSSES OR DAMAGES.

You expressly acknowledge and agree that:

- use of our site is at your sole risk;

- the services in connection with our site are provided on an "as is" and "as available" basis, withou

- we have no control over, and no duty to take any action regarding: (i) which users gain access to parties; (iii) how you may interpret or use our site; or (iv) what actions you or any third party may

- our site may direct you to websites containing information that may be offensive or inappropriat and are not responsible or liable for the accuracy, copyright compliance, legality or decency of ar

- to the fullest extent permitted by applicable law, we shall not be liable for any damages or injury use, our site under any cause or action whatsoever of any jurisdiction, including, without limitati (including negligence) and that we shall not be liable for any indirect, incidental, special, exempla of the use of, or inability to use, our site;

- you further specifically acknowledge that we are not liable, and you agree not to seek to hold us our site, end users and operators of external sites, and that the risk of our site and external sites

- your sole and exclusive remedy for any dispute with us is to stop using our site; and

- some jurisdictions do not allow the exclusion of certain warranties or the limitation or exclusion above limitations in the section may not apply to you.

## Indemnity

You agree to defend, indemnify and hold us harmless from and against any and all clair
costs or debt, and expenses including, without limitation, legal fees and disbursements
your: (a) breach of these Terms; (b) access, use or inability to access or use our site; (c)
rights), including without limitation, any copyright, proprietary, or privacy right; or (d

## Uploading content to our site

The platform in our site enables you and other users of our site to post content and up
information, data, notes, text, documents, files, messages, signs, symbols, icons, image
designs, scripts, code, audio, video, clips, comments, software, links, and other materi
or otherwise make available on our site is referred to as "**User Content**".

Any content you upload to our site will be considered non-confidential and non-propr

Whenever you make use of a feature that allows you to upload content to our site, or to
with these Terms.

You warrant that any such contribution of User Content complies with these Terms, ar
breach of that warranty.

We also have the right to disclose your identity to any third party who is claiming that a
constitutes a violation of their Intellectual Property Rights, or of their right to privacy.

We will not be responsible, or liable to any third party, for the content or accuracy of ar
site.

We have the right to remove any posting you make on our site if, in our opinion, your p
determined by us, from time to time.

You may request the deletion of User Content that you uploaded to our site at any time
others and they have not deleted it, or it was copied or stored by other users.

When you upload or otherwise submit User Content to our site, you hereby give us (and
nonexclusive, irrevocable, worldwide, perpetual, unlimited, assignable, sublicenseable,
host, store, reproduce, copy, remove, retain, add, process, analyze, modify, create deriv
distribute, publicly perform, publicly display and distribute, use and commercialize su
future discovered, without any further consent, notice and/or compensation to you or
rights in your User Content, to the extent permitted by law, and acknowledge and agre
for such use of User Content.

You also hereby grant each user of our site or other viewer of the User Content a non-e
derivative works of, display and perform such User Content. To the extent any User Co
voice, or photograph, you acknowledge and agree that this license shall apply to the sa

This license will survive these Terms and continue even if you stop using our site.

Nothing in these Terms shall restrict other legal rights we may have to User Content (fe

We have the right – but not the obligation – in our sole discretion and without further
delete, and/or remove any and all Content posted on our site (including User Content)

Without limiting the foregoing, we have the right – but not the obligation – to delete an
discretion, does or may violate these Terms, our policies or any law.

These rights do not necessarily mean that we review content, so please don't assume th

Any information you upload or otherwise submit to our site is at your own risk of loss.

You shall be solely responsible for your User Content and the consequences of posting

By uploading or otherwise submitting User Content to our Site, you represent and war

- you are entitled to upload or submit the User Content;
- you own or have the necessary rights and permissions to use and authorize us to use all Intellect
  enable inclusion and use thereof on our site, as contemplated by these Terms;
- such User Content is accurate, not confidential, and not in violation of any contractual restriction

It is your responsibility to keep your User Content accurate and updated.

AS A CONDITION TO USING OUR SITE, AND AS A CONDITION TO UPLOADING OR OT
SITE, YOU AGREE TO THESE TERMS AND TO STRICTLY OBSERVE THE FOLLOWING:

You will not display, post, submit, publish, upload, transmit, send, or otherwise make a

- falsely states, impersonates another person or misrepresents any identity;
- is unfair or deceptive under the consumer protection laws of any jurisdiction, including chain let
- is copyrighted, protected by trade secret, patent, trademark, or otherwise subject to third party p
  you are the owner of such rights;
- includes information that you do not have the right to disclose or make available under any law o
- creates a risk to a person's safety or health, creates a risk to public safety or health, compromises
  enforcement;
- promotes illegal drugs, escort services or prostitution, or violates export control laws, relates to i
- Includes any unsolicited or unauthorized advertising, promotional materials, "junk mail," "spam,
  solicitation;

- is unlawful, defamatory, libelous, abusive, obscene, discriminatory, threatening, violent, pornogr encourages conduct that would be considered a criminal offense, gives rise to civil liability, violat

- contains software viruses, worms, or any other computer code, files or programs that interrupt, hardware or telecommunications equipment of ours or of any user of our site or of any third par

- involves theft, money laundering or terrorism;

- forges or manipulates identifiers in order to disguise the origin of any User Content or other con

- is otherwise malicious or fraudulent.

THE VIEWS EXPRESSED BY OTHER USERS ON OUR SITE DO NOT REPRESENT OUR V

We reserve the right to access, read, preserve, and disclose any User Content (whether reasonably believe is necessary to:

- satisfy any applicable law, regulation, legal process, subpoena or governmental request;

- enforce these Terms, including investigation of potential violations of it;

- detect, prevent, or otherwise address fraud, security or technical issues;

- respond to user support requests; or

- protect our, our users' or the public's rights, property or safety.

## Viruses

We do not guarantee that our site will be secure or free from bugs or viruses.

You are responsible for configuring your information technology, computer programm should use your own virus protection software.

You must not misuse our site by knowingly introducing viruses, trojans, worms, logic b technologically harmful. You must not attempt to gain unauthorised access to our site, computer or database connected to our site. You must not attack our site via a denial-o attack. We will report any such breach to the relevant law enforcement authorities and disclosing your identity to them. In the event of such a breach, your right to use our sit

## Copyright and Content Policy

It is our policy to respect the legitimate rights of copyright and other intellectual prop
general policy toward copyright infringement in accordance with the Digital Millenniu

We have designated an agent (specified below) to receive notifications of claimed copyr
we enforce a policy that provides for the termination in appropriate circumstances of s

If you are a copyright owner, or are authorized to act on behalf of one, and you believe
available on or through our site has been used or exploited in a manner that infringes
you own or control, please report the alleged copyright infringements taking place by
Infringement ("**Notice**") and delivering it to Novelty's Designated Copyright Agent ("**Ag**

Please provide our Agent with the following information:

- an electronic or physical signature of the person authorized to act on behalf of the owner of the
- a description of the copyrighted work or other intellectual property that you claim has been infri
- a description of where the material that you claim is infringing is located on our site, with enoug
  body of an email is the best way to help us locate content quickly;
- your address, telephone number, and email address;
- a statement by you that you have a good faith belief that the disputed use is not authorized by the
  and
- a statement by you, made under penalty of perjury, that the above information in your Notice is a
  owner or authorized to act on the copyright or intellectual property owner's behalf.

Our Agent for notice of claims of copyright or other intellectual property infringement
at the mailing address at the end of these Terms.

Once such Notice of infringement is properly received by the Agent, it is our policy:

- to remove or disable access to the infringing material;
- to notify the content provider, member or user that we have removed or disabled access to the m
- that repeat offenders will have the infringing material removed from the system and that we will
  to the service.

## Counter–Notification

If you believe that the material you posted was removed by mistake, you may elect to s
effective, the Counter Notification must be a written communication provided to our A

- A physical or electronic signature of the person providing the Counter Notification or of the pers
- Identification of the material that has been removed or to which access has been disabled and th
  or access to it was disabled. Providing URLs in the body of an email is the best way to help us loca
- A statement under penalty of perjury that such person has a good faith belief that the material w
  misidentification of the material to be removed or disabled.
- Such person's name, address, and telephone number, and a statement that the such person cons
  service provider may be found, and that such person will accept service of process from the pers
  such person.

Please note that when you provide us a Notice or a Counter Notice, we are relying on th
who knowingly misrepresents that the material or activity is infringing, shall be liable
incurred to the alleged infringer, to any copyright owner, copyright owner's authorized
misrepresentation.

Please remember that there are legal and financial consequences for fraudulent or bad
Counter Notice, be sure that you are the actual rights' holder of the content or that you
removed in error and understand the repercussions of submitting a false claim.

## Linking to our site

You may link to our home page, provided you do so in a way that is fair and legal and d
it.

You must not establish a link in such a way as to suggest any form of association, appro

You must not establish a link to our site in any website that is not owned by you.

Our site must not be framed on any other site, nor may you create a link to any part of

We reserve the right to withdraw linking permission without notice.

If you wish to make any use of content on our site other than as set out above, please c

## Third party links and resources in our site

Where our site contains links to other sites and resources provided by third parties, th

We have no control over the contents of those sites or resources.

## Assignment

These Terms, and any rights and licenses granted hereunder, may not be transferred o
restriction or notification to you.

## Applicable law

Please note that these terms of use, its subject matter and its formation, are governed l

We both agree to the exclusive jurisdiction of and venue in the competent courts in Isr

## Contact us

Novelty Magazines Ltd. is an Israeli limited company with its headquarters at Habarzel
preceding address or via email at legal@novelty.media.

Thank you for visiting our site.

Last Updated: May 2019



Copyright © 2020 Novelty Magazines Ltd. All rights reserved

VISIT THE NOVELTY



## About Novelty Media

**Novelty**Media

About   Audience   Advertise With Us   Our People   Careers   Let's Talk

# Engaging Content Engaging People

Novelty Media is a digital publishing company that harnesses the power of data, technology, and vanguard thinking into pinpointing ideas and stories with far-reaching resonance and connects them with millions of loyal readers.

*Compelling content, finely tuned to the interests and desires of our generation.*

Novelty Media's owned-and-operated properties honor, celebrate, and even actively participate in the best of Internet culture. With a growing portfolio of verticals spanning across a variety of categories, our sticky, addictive content has been the bread and butter of both our core values and ongoing success.

Our eclectic team of content connoisseurs, data miners, and coding virtuosos work in tandem with the collective goal of streamlining the complex landscape of the digital media ecosystem and creating time-well-spent experiences for our business partners and ever-growing audiences alike.





**Novelty**Media

About   Audience   Advertise With Us   Our People   Careers   Let's Talk

# Check Out Our Magazines



75%

Social Engagement Rate

17.5

Pages/Session

8.5 Minutes

Avg Time On Site

Icepop is a digital entertainment media magazine made up of Internet junkies and master storytellers. We're constantly on the lookout for the most entertaining, engaging and uplifting stories out there. Our original content is designed to lift the spirits and broaden the horizons of our millions of readers each month.





## Display and Mobile Advertising

- Cross Platform Responsive Ad
- More than 10 Ad Formats & Types

Video Content Promotions

Sponsored Editorials

Social Media Marketing

Integrated Marketing



# Engaging Content Starts With Engaging People

Learn more

## Tel Aviv

📍 Habarzel 1, Tel Aviv, Israel

📞 972-3-6209614

✉ contact@novelty.media

Privacy Policy and Cookie Notice
Terms Of Use

## Let's talk

| Name | Phone No. |

| Email |

| Message |

**send**





  

# Search the WHOIS Database

| Enter a domain name to search | Search |

**Private Registration**　　**Local listings**

# WHOIS search results

Domain Name: icepop.com

Registry Domain ID: 15320638_DOMAIN_COM-VRSN

Registrar WHOIS Server: whois.godaddy.com

Registrar URL: http://www.godaddy.com

Updated Date: 2018-04-25T17:50:46Z

Creation Date: 1999-12-15T20:07:45Z

Registrar Registration Expiration Date: 2021-12-15T20:07:44Z

Registrar: GoDaddy.com, LLC

Registrar IANA ID: 146

Registrar Abuse Contact Email: abuse@godaddy.com

Registrar Abuse Contact Phone: +1.4806242505

Domain Status: clientTransferProhibited http://www.icann.org/epp#clientTransferProhibited

Domain Status: clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited

Domain Status: clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited

Domain Status: clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited

Registry Registrant ID: Not Available From Registry

Registrant Name: Novelty Media

Registrant Organization:

Registrant Street: 1st Habarzel St

Registrant City: Tel Aviv

Registrant State/Province: israel

Registrant Postal Code: 999999

Registrant Country: IL

Registrant Phone: +972.547532383

Registrant Phone Ext:

Registrant Fax:



Contact Us

Registrant Fax Ext:

Registrant Email: gal@novelty.media

Registry Admin ID: Not Available From Registry

Admin Name: Novelty Media

Admin Organization:

Admin Street: 1st Habarzel St

Admin City: Tel Aviv

Admin State/Province: israel

Admin Postal Code: 999999

Admin Country: IL

Admin Phone: +972.547532383

Admin Phone Ext:

Admin Fax:

Admin Fax Ext:

Admin Email: gal@novelty.media

Registry Tech ID: Not Available From Registry

Tech Name: Novelty Media

Tech Organization:

Tech Street: 1st Habarzel St

Tech City: Tel Aviv

Tech State/Province: israel

Tech Postal Code: 999999

Tech Country: IL

Tech Phone: +972.547532383

Tech Phone Ext:

Tech Fax:

Tech Fax Ext:

Tech Email: gal@novelty.media

Name Server: CORTNEY.NS.CLOUDFLARE.COM

Name Server: LOU.NS.CLOUDFLARE.COM

DNSSEC: unsigned

URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

>>> Last update of WHOIS database: 2020-03-31T00:00:00Z <<<


For more information on Whois status codes, please visit

https://www.icann.org/resources/pages/epp-status-codes-2014-06-16-en


Notes:


IMPORTANT: Port43 will provide the ICANN-required minimum data set per



Contact Us

ICANN Temporary Specification, adopted 17 May 2018.
Visit https://whois.godaddy.com to look up contact data for domains
not covered by GDPR policy.

The data contained in GoDaddy.com, LLC's WhoIs database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, LLC. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
and solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" section. In most cases, GoDaddy.com, LLC
is not the registrant of domain names listed in this database.

See Underlying Registry Data   |   Contact Domain Holder   |   Report Invalid Whois

## Want to buy this domain?

Get it with our Domain Broker Service.

Go

## Is this your domain?

Add hosting, email and more.

Go


Contact Us

# Get our newsletter, join the community:

Email Address

SIGN UP

We love taking your call.

GoDaddy guides

## About GoDaddy

About Us

Newsroom

Investor Relations

Careers

Corporate Responsibility

GoDaddy Store

Trust Center

Legal

## Help Center

Help Center

Community



Contact Us

GoDaddy Blog

Contact Us

Report Abuse


## Resources

Webmail

WHOIS

GoDaddy Mobile App

ICANN Confirmation

Designers & Developers

Redeem Code

Product Catalog

Site Map

Videos


## Partner Programs

Affiliates

Reseller Programs

GoDaddy Pro


## Account

My Account

My Renewals

Create Account


## Shopping

Domains


Contact Us

Websites

WordPress

Hosting

Web Security

Email & Office

Phone Numbers

Promos

![GoDaddy]

United States - English ⌃    USD ⌃

Facebook    Instagram    Twitter    YouTube

Legal            Privacy Policy                    Advertising Preferences                            Cookies

Do not sell my personal information

Copyright © 1999 - 2020 GoDaddy Operating Company, LLC. All Rights Reserved.

Use of this Site is subject to express terms of use. By using this site, you signify that you agree to be bound by these Universal
Terms of Service.



Contact Us



## Search the WHOIS Database

| Enter a domain name to search | **Search** |

**Private Registration**     **Local listings**

# WHOIS search results

Domain Name: novelty.media
Registry Domain ID: 7f136bfee00540b998b864978022737d-DONUTS
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Updated Date: 2018-04-25T17:50:47Z
Creation Date: 2015-12-29T14:42:19Z
Registrar Registration Expiration Date: 2020-12-29T14:42:19Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited
Registry Registrant ID: CR251129301
Registrant Name: Novelty Media
Registrant Organization:
Registrant Street: 1st Habarzel St
Registrant City: Tel Aviv
Registrant State/Province: israel
Registrant Postal Code: 999999
Registrant Country: IL
Registrant Phone: +972.547532383
Registrant Phone Ext:
Registrant Fax:


Contact Us

Registrant Fax Ext:

Registrant Email: gal@novelty.media

Registry Admin ID: CR251129303

Admin Name: Novelty Media

Admin Organization:

Admin Street: 1st Habarzel St

Admin City: Tel Aviv

Admin State/Province: israel

Admin Postal Code: 999999

Admin Country: IL

Admin Phone: +972.547532383

Admin Phone Ext:

Admin Fax:

Admin Fax Ext:

Admin Email: gal@novelty.media

Registry Tech ID: CR251129302

Tech Name: Novelty Media

Tech Organization:

Tech Street: 1st Habarzel St

Tech City: Tel Aviv

Tech State/Province: israel

Tech Postal Code: 999999

Tech Country: IL

Tech Phone: +972.547532383

Tech Phone Ext:

Tech Fax:

Tech Fax Ext:

Tech Email: gal@novelty.media

Name Server: CORTNEY.NS.CLOUDFLARE.COM

Name Server: LOU.NS.CLOUDFLARE.COM

DNSSEC: unsigned

URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

>>> Last update of WHOIS database: 2020-03-31T00:00:00Z <<<


For more information on Whois status codes, please visit

https://www.icann.org/resources/pages/epp-status-codes-2014-06-16-en


Notes:


IMPORTANT: Port43 will provide the ICANN-required minimum data set per



Contact Us

ICANN Temporary Specification, adopted 17 May 2018.
Visit https://whois.godaddy.com to look up contact data for domains
not covered by GDPR policy.

The data contained in GoDaddy.com, LLC's WhoIs database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, LLC. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
and solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" section. In most cases, GoDaddy.com, LLC
is not the registrant of domain names listed in this database.

See Underlying Registry Data    |    Contact Domain Holder    |    Report Invalid Whois

## Want to buy this domain?

Get it with our Domain Broker Service.

Go

## Is this your domain?

Add hosting, email and more.



Contact Us

Go

# Get our newsletter, join the community:

Email Address

## SIGN UP

We love taking your call.

GoDaddy guides →

**About GoDaddy**

About Us

Newsroom

Investor Relations

Careers

Corporate Responsibility

GoDaddy Store

Trust Center

Legal

**Help Center**

Help Center

Community



Contact Us

GoDaddy Blog

Contact Us

Report Abuse


## Resources

Webmail

WHOIS

GoDaddy Mobile App

ICANN Confirmation

Designers & Developers

Redeem Code

Product Catalog

Site Map

Videos


## Partner Programs

Affiliates

Reseller Programs

GoDaddy Pro


## Account

My Account

My Renewals

Create Account


## Shopping

Domains



Contact Us

Websites

WordPress

Hosting

Web Security

Email & Office

Phone Numbers

Promos

GoDaddy

United States - English ∧    USD ∧

Facebook    Instagram    Twitter    YouTube

Legal              Privacy Policy              Advertising Preferences              Cookies

Do not sell my personal information

Copyright © 1999 - 2020 GoDaddy Operating Company, LLC. All Rights Reserved.

Use of this Site is subject to express terms of use. By using this site, you signify that you agree to be bound by these Universal Terms of Service.


Contact Us



**Alex Padilla**
**California Secretary of State**

# Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Sunday, March 29, 2020. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

## C4045327  NOVELTY MEDIA INC.

| | |
|---|---|
| **Registration Date:** | 07/12/2017 |
| **Jurisdiction:** | DELAWARE |
| **Entity Type:** | FOREIGN STOCK |
| **Status:** | SURRENDER |
| **Agent for Service of Process:** | **VCORP SERVICES CA, INC. (C3156773)**<br>To find the most current California registered Corporate Agent for Service of Process address and authorized employee(s) information, click the link above and then select the most current 1505 Certificate. |
| **Entity Address:** | 4225 EXECUTIVE SQUARE<br>LA JOLLA CA 92037 |
| **Entity Mailing Address:** | 4225 EXECUTIVE SQUARE<br>LA JOLLA CA 92037 |

| Document Type ⬆⬇ | File Date ⬇ | PDF |
|---|---|---|
| SURRENDER | 01/28/2019 | |
| SI-COMPLETE | 10/16/2017 | |
| REGISTRATION | 07/12/2017 | |

\* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code **section 2114** for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to **Name Availability**.
- If the image is not available online, for information on ordering a copy refer to **Information Requests**.
- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Frequently Asked Questions**.

[ **Modify Search** ]  [ **New Search** ]  [ **Back to Search Results** ]

404532 7



## Secretary of State
## Statement and Designation by
## Foreign Corporation

**S&DC-S/N**

**IMPORTANT — Read Instructions before completing this form.**

Must be submitted with a current **Certificate of Good Standing** issued by the government agency where the corporation was formed.  See Instructions.

Filing Fee — **$100.00** (for a foreign stock corporation) or
**$30.00** (for a foreign  nonprofit corporation)

Copy Fees — First page $1.00; each attachment page $0.50;
Certification Fee - $5.00

*Note:* Corporations may have to pay minimum $800 tax to the California Franchise Tax Board each year.  For more information, go to *https://www.ftb.ca.gov.*

**FILED**
Secretary of State
State of California

JUL 1 2 2017

**This Space For Office Use Only**

1. **Corporate Name** (Go to *www.sos.ca.gov/business/be/name-availability* for general corporate name requirements and restrictions.)

2. **Jurisdiction** (State, foreign country or place where this corporation is formed - must match the Certificate of Good Standing provided.)

Novelty Media Inc.

Delaware

3. **Business Addresses** (Enter the complete business addresses. Items 3a and 3b cannot be a P.O. Box or "in care of" an individual or entity.)

| a. Initial Street Address of Principal Executive Office - Do not enter a P.O. Box | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 1013 Centre Road, Suite 403-B | Wilmington | DE | 19805 |
| b. Street Address of Principal Office in California, If any - Do not enter a P.O. Box | City (no abbreviations) | State CA | Zip Code |
| c. Mailing Address of Principal Executive Office, If different than item 3a | City (no abbreviations) | State | Zip Code |
| 18034 Ventura Blvd #246 | Encino | CA | 91316 |

4. **Service of Process** (Must provide either Individual OR Corporation.)

**INDIVIDUAL** – Complete Items 4a and 4b only.  Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is not a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| b. Street Address (if agent is not a corporation) - Do not enter a P.O. Box | City (no abbreviations) | State CA | Zip Code |

**CORPORATION** – Complete Item 4c.  Only include the name of the registered agent Corporation.

| c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 4a or 4b |
|---|
| Vcorp Services CA, Inc. |

5. **Read and Sign Below** (See instructions.  Office or title not required.)

I am a corporate officer and am authorized to sign on behalf of the foreign corporation.

Signature

Ariel Soudak
Type or Print Name

S&DC-S/N (REV 03/2017)

2017 California Secretary of State
www.sos.ca.gov/business/be

# Delaware

Page 1

## The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "NOVELTY MEDIA INC." IS DULY INCORPORATED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL CORPORATE EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE TWELFTH DAY OF JULY, A.D. 2017.

AND I DO HEREBY FURTHER CERTIFY THAT THE SAID "NOVELTY MEDIA INC." WAS INCORPORATED ON THE TWENTIETH DAY OF JUNE, A.D. 2017.

AND I DO HEREBY FURTHER CERTIFY THAT THE ANNUAL FRANCHISE TAXES HAVE BEEN ASSESSED TO DATE.

Jeffrey W. Bullock, Secretary of State

6451529  8300

SR# 20175195405

You may verify this certificate online at corp.delaware.gov/authver.shtml

Authentication: 202867770

Date: 07-12-17

Case 3:20-cv-00637-LAB-AHG   Document 1-4   Filed 04/01/20   PageID.58   Page 36 of 42

**Alex Padilla**
**California Secretary of State**

 # Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Sunday, March 29, 2020. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

## C4045326   SONGO MEDIA INC.

| | |
|---|---|
| **Registration Date:** | 07/12/2017 |
| **Jurisdiction:** | DELAWARE |
| **Entity Type:** | FOREIGN STOCK |
| **Status:** | ACTIVE |
| **Agent for Service of Process:** | **VCORP SERVICES CA, INC. (C3156773)** |

To find the most current California registered Corporate Agent for Service of Process address and authorized employee(s) information, click the link above and then select the most current 1505 Certificate.

| | |
|---|---|
| **Entity Address:** | 4225 EXECUTIVE SQUARE<br>LA JOLLA CA 92037 |
| **Entity Mailing Address:** | 4225 EXECUTIVE SQUARE<br>LA JOLLA CA 92037 |

A Statement of Information is due EVERY year beginning five months before and through the end of July.

| Document Type | File Date | PDF |
|---|---|---|
| SI-NO CHANGE | 07/09/2019 | |
| SI-COMPLETE | 10/16/2017 | |
| REGISTRATION | 07/12/2017 | |

\* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code **section 2114** for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to **Name Availability**.
- If the image is not available online, for information on ordering a copy refer to **Information Requests**.
- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Frequently Asked Questions**.

**Modify Search**    **New Search**    **Back to Search Results**

4045326



## Secretary of State
## Statement and Designation by
## Foreign Corporation

**S&DC-S/N**

**IMPORTANT — Read Instructions before completing this form.**

Must be submitted with a current **Certificate of Good Standing** issued by the government agency where the corporation was formed. See Instructions.

**Filing Fee** — **$100.00** (for a foreign stock corporation) or
**$30.00** (for a foreign nonprofit corporation)

**Copy Fees** — First page $1.00; each attachment page $0.50;
Certification Fee - $5.00

*Note:* Corporations may have to pay minimum $800 tax to the California Franchise Tax Board each year. For more information, go to *https://www.ftb.ca.gov.*

**FILED**
**Secretary of State**
**State of California**

IW JUL 1 2 2017

**This Space For Office Use Only**

**1. Corporate Name** (Go to *www.sos.ca.gov/business/be/name-availability* for general corporate name requirements and restrictions.)

Songo Media Inc.

**2. Jurisdiction** (State, foreign country or place where this corporation is formed - must match the Certificate of Good Standing provided.)

Delaware

**3. Business Addresses** (Enter the complete business addresses. Items 3a and 3b cannot be a P.O. Box or "in care of" an individual or entity.)

| | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| a. Initial Street Address of Principal Executive Office - Do not enter a P.O. Box<br>1013 Centre Road, Suite 403-B | Wilmington | DE | 19805 |
| b. Street Address of Principal Office in California, if any - Do not enter a P.O. Box | City (no abbreviations) | State<br>CA | Zip Code |
| c. Mailing Address of Principal Executive Office, if different than Item 3a<br>18034 Ventura Blvd #246 | City (no abbreviations)<br>Encino | State<br>CA | Zip Code<br>91316 |

**4. Service of Process** (Must provide either Individual OR Corporation.)

**INDIVIDUAL** – Complete Items 4a and 4b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is not a corporation) | Middle Name | Last Name | | Suffix |
|---|---|---|---|---|
| b. Street Address (if agent is not a corporation) - Do not enter a P.O. Box | City (no abbreviations) | | State<br>CA | Zip Code |

**CORPORATION** – Complete Item 4c. Only include the name of the registered agent Corporation.

| c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 4a or 4b |
|---|
| Vcorp Services CA, Inc. |

**5. Read and Sign Below** (See instructions. Office or title not required.)

I am a corporate officer and am authorized to sign on behalf of the foreign corporation.

_____
Signature

*Ariel Soudak*
Type or Print Name

S&DC-S/N (REV 03/2017)

2017 California Secretary of State
www.sos.ca.gov/business/be



# Delaware

Page 1

## The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "SONGO MEDIA INC." IS DULY INCORPORATED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL CORPORATE EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE TWELFTH DAY OF JULY, A.D. 2017.

AND I DO HEREBY FURTHER CERTIFY THAT THE SAID "SONGO MEDIA INC." WAS INCORPORATED ON THE TWENTIETH DAY OF JUNE, A.D. 2017.

AND I DO HEREBY FURTHER CERTIFY THAT THE ANNUAL FRANCHISE TAXES HAVE BEEN ASSESSED TO DATE.

Jeffrey W. Bullock, Secretary of State

6451534  8300
SR# 20175195371
You may verify this certificate online at corp.delaware.gov/authver.shtml

Authentication: 202867757
Date: 07-12-17





## Companies

We build ventures in four rapidly growing markets — leveraging our expe

### Markets

#### Publishing
We understand the pain points of online publishing, and design systems that address them, from better website performance and up-to-date mon

#### Video Advertising
We focus on technologies that maximize video advertising optimization and yield, enhance fraud detection tools and boost video playing — all enh

#### E-Commerce





## Blockchain

We believe blockchain technology is the biggest disruptor since the invention of the internet. We're currently searching for companies geared to d

## Our Companies





An online publisher trade-desk, Novelty's proprietary platform powers its owned and operated network of sites. It does so with dynamic yield optimization services, audience matching based on first party data as well as automated traffic buying using real time algorithms, and a prediction engine. Plus, it works across all major real time bidding exchanges. On the network side, Novelty Magazines publishes unique content focused on news, finance, sports, parenting tips and entertainment to over 50 million monthly loyal readers around the world.





Moneytime is your personal finance concierge. With a humble approach, fresh content, and integrity-based advice, we offer custom financial tools to make consumers make the most informed personal finance decisions.





heavyweights in this technical field... that is going to become a leading online destination helping millions of consumers make better financial decisions with our original content and tools. We bring a unique take on content creation, specialized marketing expertise, and are led by digital media heavyweights with various successful exits.





Scalez is a startup in the field of augmented intelligence. We build first of it's kind ML/NLP online conversational platform so experts (personal stylists, travel agents, career consultants and more), once provided with our "ironman suit" tech, can give online personalized retail guidance in an fully automated way, reducing their online session times by 90% on average, lowering price barriers dramatically and helping them unleash their creative knowledge at scale!





The 101 Network is a digital publishing platform delivering a daily dose of knowledge. We believe in the power to inform and entertain. It debuted in 2018 with four verticals — finance, history, lifestyle and science — with a blueprint for rapidly expanding the vertical collection.



RECLAIM YOUR DATA



The first advertising data trading platform to reward users, Liberdy is a breakthrough blockchain-based DMP where users can get compensated for the use advertisers make of their data — for the first time ever. Liberdy's goal is to build a fair and balanced advertising economy powered by users consent and to be the leading open platform for verified high quality user data.



© 2016-2018 songo Media. All Rights Reserved.

About Us    News/Press    Entrepreneurs    Terms and Conditions
Our Model    Contact    Privacy Policy
Companies    Careers



