# Exhibit "D"



NoveltyMedia

Home    Advertisers    Our Products    Our People    Careers    **Let's Talk**

# We are Hiring!

Be The Best Version of You - Join Novelty Media!

## ⌄ Job Listings

Media

Native Campaign Manager                                    San Diego, CA
Paid Media Content Writer                                  San Diego, CA
Social Media Manager                                       San Diego, CA
Sr. Facebook Campaign Manager                              San Diego, CA

Revenue

Sr. Yield Analyst                                          San Diego, CA

Tech

Product Manager                                            San Diego, CA
Sr. Full Stack Engineer                                    San Diego, CA
Web Developer                                              San Diego, CA
Web Developer                                              San Diego, CA

Send CV



**Novelty**Media

Home    Advertisers    Our Products    Our People    Careers    Let's Talk

Send CV

> Talent Acquisition Recruiter- San Diego

> Account Manager- San Diego

> Lead Data Scientist - San Diego

> Facebook Campaign Manager - San Diego

> Native Campaign Manager - San Diego

> Full Stack Engineer - San Diego

> Paid Media Manager - San Diego

> Brand Manager/Content Editor for Health and Lifestyle Magazine - San Diego

> Content Writer (Health & Lifestyle) - San Diego

> Social Media Manager - San Diego

> Data Analyst - San Diego

> Campaign Manager - Tel Aviv

> Content Writer - Tel Aviv

> PPC Team Leader - Tel Aviv

> Copywriter & Social Media Manager - Tel Aviv

> JavaScript Engineer - Tel Aviv



NoveltyMedia

Home   Advertisers   Our Products   Our People   Careers   **Let's Talk**

> Brand Manager/Content Editor for Health and Lifestyle Magazine - San Diego

> Content Writer (Health & Lifestyle) - San Diego

> Social Media Manager - San Diego

> Data Analyst - San Diego

> Campaign Manager - Tel Aviv

> Content Writer - Tel Aviv

> PPC Team Leader - Tel Aviv

> Copywriter & Social Media Manager - Tel Aviv

> JavaScript Engineer - Tel Aviv

> Editor -Tel Aviv

### San Diego

📍 4225 Executive Square, San Diego, CA 92037, USA

📞 1-858-275-6570

✉ contact@novelty.media

### Tel Aviv

📍 Habarzel 1, Tel Aviv, Israel

📞 972-3-6209614

✉ contact@novelty.media

### Let's talk

| Name | Phone No. |
| --- | --- |

Company Name

Email

**send**

# NoveltyMedia

About    Advertisers    Our Products    Our People    Careers    Let's Talk



## Check Out Our Magazines



**75%**

Social Engagement Rate

**17.5**

Pages/Session

**8.5 Minutes**

Avg Time On Site

  

https://www.novelty.media/careers/ 　　Go

72 captures
3 Jan 2017 – 30 Jan 2020

JAN **APR** MAY
◀ **04** ▶
**2018** **2019** 2020

▼ About this capture

# Novelty

- [Home](#)
- [Advertisers](#)
- [Our Products](#)
- [Our People](#)
- [Careers](#)
- [Let's Talk](#)

- [Home](#)
- [Advertisers](#)
- [Our Products](#)
- [Our People](#)
- [Careers](#)
- [Let's Talk](#)



We are Hiring!

Be The Best Version of You - Join Novelty Media!

## Job Listings

[Send CV](#)

## Talent Acquisition Recruiter- San Diego

Novelty Media is looking for a driven, enthusiastic and highly-ambitious **Talent Acquisition Recruiter!** We need a high-energy recruiter with a keen eye for A+ talent to join our team. You'll partner with the Director of

https://www.novelty.media/careers/   Go

JAN **APR** MAY

◄ **04** ►

2018 **2019** 2020

72 captures
3 Jan 2017 – 30 Jan 2020

About this capture

...is a hybrid between full life cycle recruiting and sourcing with the... ...recruitment strategies developed by business leaders... ...play a key role... Talent Acquisition team by partnering with the business to define and deliver recruiting solutions.

**Why work for Novelty?**

- Work with motivated, fun, and smart colleagues
- Professional growth in our fast-paced and growing start-up
- Employer Contribution to Health benefits
- Free gym (s) on premises
- Great views from our office across the street from UTC Mall in La Jolla

**Who are we?**

Novelty Media is a digital media publishing company with several high-end online magazines. We specialize in highly engaging, ultra-shareable content reaching over 50 million Americans.

**Responsibilities**

- Very high volume, full life-cycle recruiting for drivers primarily, other positions as assigned
- Manage applicant flow, dis-positioning and documenting applicants appropriately in ATS
- Phone screening and in-person interviewing of high volume applicants
- Attend internal staffing meetings to qualify open requirements
- Send frequent recruiting emails and follow up with candidates in a timely manner
- Maintain an excellent candidate experience with the responsiveness and follow through
- Ask for referrals from internal and external networks
- Develop a strong pipeline of entry-level candidates and nurture candidate relationships through effective communications and attraction strategies

**Requirements**

- 2+ years experience as an in-house/corporate Recruiter
- Expert level of knowledge in all full lifecycle recruiting components including, but not limited to, sourcing, qualifying, networking, assessing, legal, job analysis, wage and salary trends, relationship management, and due diligence
- Strong ATS/CRM systems user with an Intermediate knowledge of MS Office suite of applications
- Strong attention to detail
- Team Player
- Ability to work independently

**Education**

- Bachelor's Degree in a Human Resources or Communications- Preferred

**Job Type**

- Full Time, In-House

Send CV

# Account Manager- San Diego



great at building and maintaining client relationships? Do you like to be proactive solve problems before they become a problem? As an Account Manager at Novelty Media, you work ... with new and existing ...nto provide data-driven solutions for our internal SaaS platform...

**Why work for Novelty?**

- Work with motivated, fun, and smart colleagues
- Professional growth in our fast-paced and growing start-up
- Employer Contribution to Health benefits
- Free gyms on premises
- Great views from our office across the street from UTC Mall in La Jolla

**Who are we?**

Novelty Media is a digital media publishing company with several high-end online magazines. We specialize in highly engaging, ultra-shareable content reaching over 60 million Americans.

**Responsibilities**

- Maintain strong communication with the clients to discuss business requirements and provide platform solutions.
- Provide proactive support for revenue and performance, provide timelines, and prioritize any issue internally.
- Consult and collect all relevant information internally (including content, revenue, media, and technology) and relay to clients to ensure that they are beyond satisfied with the services we provide.
- Serve as a Subject Matter Expert (SME) on our SaaS platform in order to train customers, solve problems, and ensure continued engagement.

**Requirements**

- 2-4 years of experience in account management, customer success, and/or sales role.
- Advanced proficiency with Microsoft Excel and Google Ad Manager/DFP.
- Strong communication through numerous channels including calls, emails, webinars, presentations, etc.
- Understanding of key industry terms within Digital Publishing/Digital Media.

**Education**

- Degree in Communications, Business Administration, or related fields.
- Experience within the digital publishing or adtech field is a major plus.

**Job Type**

- Full Time, In-House

[Send CV](#)

# Lead Data Scientist - San Diego

Novelty Media is looking for a driven, analytical **Lead Data Scientist**.

Are you interested in utilizing artificial intelligence, deep learning, and machine learning to enhance new technology? Do you excel at manipulating, transforming, and cleaning raw data? Does your brain think in series of algorithms? If yes, then we would be extremely interested in speaking with you regarding a new and exciting opportunity!

https://www.novelty.media/careers/        Go     JAN   APR   MAY
72 captures
3 Jan 2017 – 30 Jan 2020                                              04
                                                            2018  2019  2020
                                                                  About this capture

- Work with motivated, fun, and smart colleagues
- Professional growth in our fast-paced and growing start-up
- Employer Contribution to Health benefits
- Free gyms on premises
- Great views from our office across the street from UTC Mall in La Jolla

**Who are we?**

Novelty Media is a digital media publishing company with several high end online magazines. We specialize in highly engaging, ultra-shareable content reaching over 60 million Americans.

**Responsibilities**

- Write complex queries and extract data to build database architecture. Integrate data products into dashboards and user interfaces as needed, by collaborating with engineering team.
- Manipulate, transform, and clean raw data in order to build data driven solutions
- Determine and define key metrics that are critical to the organization, construct predictive models for optimization, and implement data into building out product.
- Provide recommendations and lead process in choosing and integrating new technologies and platforms.
- Maintain ETL procedures and best practices for communication, quality assurance, coding, and documentation.

**Requirements**

- 5+ years of experience within the data science or engineering field with exposure to leading major projects in big-data environment.
- Experience with software development utilizing major modern language (i.e. Python, Scala, Java, etc.)
- Ability to work with complex problems and communicate analyses effectively.
- Strong knowledge of data management and visualization techniques.
- Excellent communication and collaboration skills. Strong organizational and leadership skills.

**Education**

- Degree in Applied Mathematics, Computer Science, or other related quantitative field of study. Masters degree is preferred.
- Experience within the digital publishing or adtech field is a major plus.

**Job Type**

- Full Time, In-House

Send CV

# Facebook Campaign Manager - San Diego

Novelty Media is looking for an driven, enthusiastic and highly-ambitious **Facebook Campaign Manager!**

Do you have an innovative and creative mind? Would you like to learn how the online marketing industry works? If you are analytical, creative and you pay attention to details, we are looking for you to join our team!



help drive strategy and measure success. You will also have a deep knowledge of current and emerging digital technology and advertising platforms and demonstrated experience building and leading multiple digital media campaigns simultaneously.

## Why work for Novelty?

- Work with motivated, fun, and smart colleagues
- Professional growth in our fast-paced and growing start-up
- Employer Contribution to Health benefits
- Free gym (s) on premises
- Great views from our office across the street from UTC Mall in La Jolla

## Who are we?

Novelty Media is a digital media publishing company with several high end online magazines. We specialize in highly engaging, ultra-shareable content reaching over 50 million Americans.

## Responsibilities

- Create, monitor and optimize existing advertising campaigns on Facebook
- Build, develop, launch, monitor, and optimize all ad campaigns
- Brainstorm and gather ideas for website content, as well as campaign images and ad copy to A/B test
- Source new networks and traffic sources to test
- Understanding Facebook's algorithm and developing high-performing custom audiences
- Collaborate closely with the content team as well as the tech team to drive a cohesive vision and user experience with advertising campaigns
- Report and communicate results to Media Team Manager on a daily, weekly, monthly basis
- Constantly provide creative best practices and feedback to drive high-performing advertising campaigns
- Leverage emerging platforms to identify and engage with known and new audiences
- Ideally, you will have at least 1 year of experience in a digital media strategy role utilizing Facebook ads

## Requirements

- At least 1-2 years of experience
- Proficient with Excel – mandatory
- Familiar with platforms (Facebook, Outbrain, Taboola)
- Technical & Analytical orientation
- Self-motivated & multi-tasker
- Ability to perform in a fast-paced, start-up environment
- Strong interpersonal skills

## Education

Bachelor's Degree in a Economics, Business Administration, Marketing, Communications, or related field.

## Job Type

- Full Time, In-House

[Send CV](#)

# Native Campaign Manager - San Diego



https://www.novelty.media/careers/　　Go

72 captures
3 Jan 2017 – 30 Jan 2020

JAN **APR** MAY
◄ **04** ►
2018 **2019** 2020

About this capture

As our Campaign Manager, you will be responsible for paid digital media strategy and execution across all relevant digital platforms, mainly focusing on Taboola, Yahoo Gemini, and Outbrain. You will have an expert understanding of digital analytics, as well as creative best practices and content nuances by platform, in order to help drive strategy and measure success. You will also have a deep knowledge of current and emerging digital technology and advertising platforms and demonstrated experience building and leading multiple digital media campaigns simultaneously.

## Why work for Novelty?

- Work with motivated, fun, and smart colleagues
- Professional growth in our fast-paced and growing start-up
- Employer Contribution to Health benefits
- Free gym (s) on premises
- Great views from our office across the street from UTC Mall in La Jolla

## Who are we?

Novelty Media is a digital media publishing company with several high end online magazines. We specialize in highly engaging, ultra-shareable content reaching over 50 million Americans.

## Responsibilities

- Create, monitor and optimize existing advertising campaigns on native platforms, including Taboola, Outbrain, and Yahoo Gemini
- Build, develop, launch, monitor, and optimize all ad campaigns
- Brainstorm and gather ideas for website content, as well as campaign images and ad copy to A/B test
- Source new networks and traffic sources to test
- Collaborate closely with the content team as well as the tech team to drive a cohesive vision and user experience with advertising campaigns
- Report and communicate results to Media Team Manager on a daily, weekly, monthly basis
- Constantly provide creative best practices and feedback to drive high-performing advertising campaigns
- Leverage emerging platforms to identify and engage with known and new audiences

## Requirements

- Ideally, you will have at least 1 year of experience in a digital media strategy role
- Proficient with Excel – mandatory
- Familiarity with platforms (Facebook, Outbrain, Taboola) is a must
- Technical & Analytical orientation
- Self-motivated & multi-tasker
- Ability to perform in a fast-paced, start-up environment
- Strong interpersonal skills

## Education

Bachelor's Degree in a Economics,Business Administration,Industrial engineering preferred

## Job Type

- Full Time, In-House



Novelty Media is looking for a driven, enthusiastic and highly-ambitious **Full Stack Engineer!**

Do you enjoy identifying software bugs and finding the right codes to squash them? Do you enjoy providing expertise to peers and mentoring others? If you are a detailed problem solver who is highly collaborative, we are looking for you to join our team!

As our Full Stack Engineer at Novelty Media, you will be part of a high performing team engaged in developing cutting edge publishing and ad technologies. Your skills will be called upon to help squeeze performance improvements and optimizations from a large, complex system. In addition, you will help build out exciting new products and services for both business users and consumers.

**Technologies stacks used at Novelty Media:** JavaScript ES6 – Node/Express – Angular – React – PHP 7 / WordPress – Jenkins – BigQuery – Webpack – Jade – Mocha

**Why work for Novelty?**

- Work with motivated, fun, and smart colleagues
- Professional growth in our fast-paced and growing start-up
- Employer Contribution to Health benefits
- Free gym (s) on premises
- Great views from our office across the street from UTC Mall in La Jolla

**Who are we?**

Novelty Media is a digital media publishing company with several high end online magazines. We specialize in highly engaging, ultra-shareable content reaching over 60 million Americans.

**Responsibilities**

- Deliver high quality code for system features and bug fixes
- Evaluate product requirements and participate in the design and architecture of solutions
- Write unit tests to cover functional development
- Refactor code to improve testability and maintainability
- Troubleshoot and resolve complex problems and system issues
- Perform code reviews
- Participate and contribute in our agile development ceremonies and maintain status of project tasks
- Keep up with industry best practices
- Support and coach less experienced engineers

**Requirements**

- 3+ years of advanced working experience using JavaScript on both client front-end (AngularJS) and back-end (NodeJS)
- Experience working in an agile development environment, preferably Scrum
- Expertise developing highly scalable, cloud-based performant and highly available microservices for high traffic (>10k RPS) environments
- Strong problem solving skills
- Strong interpersonal, verbal, and written communication skills

**Education**

https://www.novelty.media/careers/          Go

72 captures
3 Jan 2017 – 30 Jan 2020

JAN **APR** MAY
◄ **04** ►
2018 **2019** 2020

▼ About this capture

- Full Time, In-House

[Send CV](#)

# Paid Media Manager - San Diego

Novelty Media is looking for an driven, enthusiastic and highly-ambitious **Paid Media Manager**!

Do you have an innovative and creative mind? Would you like to learn how the online marketing industry works? If you are analytical, creative and you pay attention to details, we are looking for you to join our team!

As our **Paid Media Manager** you will be leading our ambitious Campaign Managers, you will be responsible for paid digital media strategy and execution across all relevant digital platforms, mainly focusing on Facebook, Taboola, Yahoo Gemini, and Outbrain. You will have an expert understanding of digital analytics, as well as creative best practices and content nuances by platform, in order to help drive strategy and measure success. You will also have a deep knowledge of current and emerging digital technology and advertising platforms and demonstrated experience building and leading multiple digital media campaigns simultaneously.

**Why work for Novelty?**

- Work with motivated, fun, and smart colleagues
- Professional growth in our fast-paced and growing start-up
- Employer Contribution to Health benefits
- Free gym (s) on premises
- Great views from our office across the street from UTC Mall in La Jolla

**Who are we?**

Novelty Media is a digital media publishing company with several high end online magazines. We specialize in highly engaging, ultra-shareable content reaching over 60 million Americans.

**Responsibilities**

- Oversee all Campaign Managers. Mentor, manage, and train all Campaign Managers as needed.
- Create, monitor and optimize existing advertising campaigns on native platforms, including Facebook, Google AdWords, Taboola, Outbrain, and Yahoo Gemini
- Build, develop, launch, monitor, and optimize all ad campaigns
- Brainstorm and gather ideas for website content, as well as campaign images and ad copy to A/B test
- Source new networks and traffic sources to test
- Collaborate closely with the content team as well as the tech team to drive a cohesive vision and user experience with advertising campaigns
- Report and communicate results to Media Team Manager on a daily, weekly, monthly basis
- Constantly provide creative best practices and feedback to drive high-performing advertising campaigns
- Leverage emerging platforms to identify and engage with known and new audiences

**Requirements**

- Ideally, you will have at least 3-5 year of experience in a digital media strategy role
- 2 years of management skills
- Proficient with Excel – mandatory
- Familiar with platforms (Facebook, Google AdWords, Outbrain, Taboola, Yahoo Gemini)



https://www.novelty.media/careers/          Go

72 captures
3 Jan 2017 – 30 Jan 2020

JAN  APR  MAY
◄ 04 ►
2018 2019 2020

▼ About this capture

- Self-motivated & multi-tasker
- ... to perform in a fast-paced, start-up environment
- Strong interpersonal skills

**Education**

Bachelor's Degree in a Economics, Business Administration, or related field preferred

**Job Type**

- Full Time, In-House

[Send CV](#)

# Brand Manager/Content Editor for Health and Lifestyle Magazine - San Diego

Novelty Media is looking for an driven, enthusiastic and highly-ambitious **Brand Manager/Content Editor** for our online magazine focused on **Health and Lifestyle**.

Do you live a healthy and happy lifestyle? Would you like to share your passion and knowledge with over 20 million unique monthly visitors? If your answer is yes, we would love to meet you!

We are looking for a **Brand Manager/Content Editor**. The ideal candidate will be responsible for developing a brand vision and executing a content strategy focused on personal health and lifestyle. You will have an expert understanding of living and maintaining a healthy, positive lifestyle. You will be the specialist for our up-and-coming Health and Lifestyle Brand. We are looking for someone who can translate their passion for healthy living into relatable content that our readers can learn and benefit from. If you are a gifted communicator with a thorough understanding of personal health and positive lifestyles with experience writing interesting relatable content, the Brand Manager position is for you!

**Why work for Novelty?**
-Work with motivated, fun, and smart colleagues
-Professional growth in our fast-paced and growing start-up
-Employer Contribution to Health benefits
-Free gym (s) on premises
-Great views from our office across the street from UTC Mall in La Jolla

**Who are we?**
Novelty Media is a digital media publishing company with several high end online magazines. We specialize in highly engaging, ultra-shareable content reaching over 50 million Americans.

**Responsibilities**
-Generate professional and educational topics and ideas for articles in a
variety of formats in reference to fitness, health, life issues, food,
managing stress, etc.
-Reading, writing, and researching health and lifestyle articles and topics in
a variety of formats
-Supervising in-house writing staff and freelance writers
-Set and meet deadlines
-Commissioning stories from in-house writers or freelance writers

https://www.novelty.media/careers/   Go

JAN   **APR**   MAY

◄ **04** ►

2018   **2019**   2020

72 captures
3 Jan 2017 – 30 Jan 2020

About this capture

Ensuring that all articles comply with company guidelines

...meetings with Novelty Media's media team to analyze and plan the

content strategy

-Analyzing content performance and making improvements to enhance performance as needed
-Managing Novelty Media's growing Facebook and Twitter communities
-Working closely with the content distribution team to promote stories

**Requirements**
-1-3 years of employee management — a must!
-2+ years of expert understanding of personal health and healthy living lifestyles
-2-5 years' experience writing and editing content for a wide variety of audiences — a must!
-Experience running and managing a Lifestyle/Health/Fitness blog or magazine — advantage
-Ability to understand a target audience and adapt tone and voice to reach key demographics
-Understand and execute content types from a publisher or marketing perspective
-Excellent writing, grammar, editing and verbal communication skills
-Strong Copywriting skills
-Strong WordPress, SEO and Social Media skills
-Highly creative and confident
-Organizational skills; ability to schedule and manage projects and meet deadlines
-Determined and resilient
-A team player with strong interpersonal skills
-A keen eye for detail
-Ability to work under tight deadlines and adapt to changing priorities
-At least two to five years covering personal health, healthy living, fitness– advantage!

**Education**
-Bachelor's Degree in Journalism, English, Communications and/or Bachelor's Degree in any of the Branches of Health or Fitness with a writing emphasis.–a plus

**Job Type**
-Full Time, In-House

Send CV

# Content Writer (Health & Lifestyle) - San Diego

Novelty Media is looking for a stand-out, well-versed and passionate Health & Lifestyles **Content Writer** for our online magazine focused on personal health & lifestyles.

Do strive to maintain a healthy lifestyle? Do like to find the newest trends in fitness, fashion, travel, healthy eating or anything that helps to lead a happy life? Would you like to create highly educational articles reaching over 20 million unique monthly visitors? If your answer is yes, we would love to meet you!

As our **Health & Lifestyle Content Writer** you will be writing about all things related to personal health and healthy lifestyles. We are looking for candidates who have a passion for living a healthy and happy lifestyle. You

https://www.novelty.media/careers/ [Go]　　JAN　APR　MAY
72 captures
3 Jan 2017 – 30 Jan 2020
◄ 04 ►
2018　2019　2020
About this capture

-Work with motivated, fun, and smart colleagues
-Professional growth in our fast-paced and growing start-up
-Employer Contribution to Health benefits
-Free gym (s) on premises
-Great views from our office across the street from UTC Mall in La Jolla

**Who are we?**
Novelty Media is a digital media publishing company with several high end online magazines. We specialize in highly engaging, ultra-shareable content reaching over 50 million Americans.

**Responsibilities**
-Develop and pitch creative story ideas on a weekly basis
-Research and write informative and educational content in a variety of formats
-Collaborate with Brand Managers, in-house writers, freelance writers, and Media Team
-Consistently meet writing deadlines and content guidelines
-Ensure all-around consistency (style, fonts, images and tone)

**Requirements**
-Proven work experience as an in-house content writer, copywriter, or blogger
-Thorough understanding of personal health, healthy living and all things related
-Strong WordPress, SEO and Social Media skills
-A team player who thrives in a start-up environment

**Education**
-Bachelor's Degree in Journalism, English, Communications or related field, and/or Bachelor's Degree in any of the Branches of Health with a writing emphasis–a plus!

**Job Type**
-Full Time, In-House

Send CV

# Social Media Manager - San Diego

Novelty Media is looking for an driven, enthusiastic and highly-ambitious **Social Media Manager!**

Do you have have a passion for Social Media? Would you like to learn how the online marketing industry works? If you are creative and you pay attention to details, we are looking for you to join our team!

As our **Social Media Manager**, you will focus primarily on creating organic growth in external and internal communities for Novelty Brands. You will create and drive forward new narratives that inspire others to participate in the Novelty platform. This role will help refine and execute strategies to develop our brand online, grow our social channels, increase content reach and engagement, and optimize social spend.The ideal candidate is thoughtful, passionate, and willing to go the extra mile to turn something simply 'good' into something awesome.

**Why work for Novelty?**
-Work with motivated, fun, and smart colleagues

https://www.novelty.media/careers/          Go

72 captures
3 Jan 2017 – 30 Jan 2020

JAN  **APR**  MAY
◄  **04**  ►
**2018  2019**  2020

▼ About this capture

Cool ad tech & in house media products development
...contribution to Health benefits

-Free gym (s) on premises

-Great views from our office across the street from UTC Mall in La Jolla

## Who are we?
Novelty Media is a digital media publishing company with several high end online magazines. We specialize in highly engaging, ultra-shareable content reaching over 50 million Americans.

## Responsibilities
-Cultivate content and community conversation
-Leverage community platforms and social channels to execute communication plans and generate community feedback
-Represent community by maintaining dialogue between the community, facebook and other social medias
-Build close relationships with key community members, fans, and partners, while maintaining a positive community reputation
-Help build and cultivate 101 Network brand
-Provide comprehensive reports on community feedback, issues, concerns and trends to stakeholders to address the community's needs
-Develop and implement community assets such as social media content, podcasts, developer interviews, livestreams, written content, and more
-Coordinate with Media and Brand Management teams to ensure brand consistency

## Requirements
-At least 1-2 years of experience with Social Media Management
-Experience launching community initiatives
-Familiar with platforms (Facebook, Instagram, SnapChat, LinkedIn )
-Self-motivated & multi-tasker
-Ability to perform in a fast-paced, start-up environment
-Excellent writing skills with the ability to translate traditional content into engaging and brand-relevant conversations
-Passion for storytelling, listening to what the community has to say, and providing above-average experiences in the social space
-Strong understanding of social media analysis and performance tracking
-Superior knowledge of social platforms and tools

## Education
-Bachelor's Degree in a Marketing, Communications, PR,Business Administration or related field preferred

## Job Type
-Full Time, In-House

Send CV

# Data Analyst - San Diego

Novelty Media looking for a talented, passionate **Data Analyst** ready to dig into our data and help guide our strategy and revenue. You will report directly to the Director of Revenue Operations, and work closely with our Data Science, Media and Product teams to maximize and optimize revenue through data analysis, identifying opportunities and deficiencies to drive our monetization strategies and business partnerships.

-Employer Contribution to Health benefits
-Free gym (s) on premises
-Great views from our office across the street from UTC Mall in La Jolla

**Who are we?**
Novelty Media is a digital media publishing company with several high end online magazines. We specialize in highly engaging, ultra-shareable content reaching over 50 million Americans.

**Responsibilities**
-Monitor and analyze revenue performance trends
-Analyze a variety of data sources to identify opportunities and shortfalls of revenue performance
-Present findings to executives and offer actions and solutions to increase yield
-Work with Data Engineering, Product and Data Science to facilitate internal and external analytics dashboards & reports
-Make data-driven recommendations for product enhancements
-Manage, analyze and present A/B and variable tests in all aspects of the business
-Weekly and monthly updates and presentations to Finance & Executive leadership

**Requirements**
-3+ years of professional experience in an analyst-oriented role
-Strong analytical background, problem-solving skills, and critical thinking abilities
-Excellent communication and presentation skills
-Ability to learn fast, stay organized, and great attention to detail
-Proficient in MS Excel
-Familiarity with SQL and B.I. tools
-Proven ability to think creatively about challenging analytics problems
-Ability to self-manage, juggle multiple priorities and lead processes in a fast-paced environment

**Education**
BS/BA in Business, Economics, Mathematics, Computer Science or a related field-preferred

**Job Type**
-Full Time, In-House

Send CV

# Campaign Manager - Tel Aviv

Novelty Media is a digital media publishing company with several high end online magazines. We specialize in highly engaging, ultra-shareable content reaching over 50 million Americans.

Do you have an innovative and creative mind? Would you like to learn how the online marketing industry works? If you are analytical, creative and you pay attention to details we are looking for you to join our team! As a Campaign Manager, you will help upload campaigns, analyze & optimize campaign results, come up with new & original creatives for banners among other things.

72 captures
3 Jan 2017 – 30 Jan 2020

- Proficient with Excel – mandatory
- High Level of English – mandatory
- Familiar with platforms ( Facebook, Outbrain, Taboola, …etc.) – advantage
- Technical & Analytical orientation
- Self-motivated & multi-tasker
- Ability to perform in a fast-paced, start-up environment
- Strong interpersonal skills

[Send CV](#)

# Content Writer - Tel Aviv

Novelty Media is a digital media publishing company with several high-end online magazines. We specialize in highly engaging, ultra-shareable content reaching over 50 million Americans.

We are looking for a gifted Content Writer with native-level English to create intriguing articles on a daily basis. Furthermore, if you're an expert at finding the latest trends and hottest stories on the web before they go viral, you really belong with us!

**Requirements:**

- At least 1 year of experience as an in-house content writer – a must Native English writing skills

- Strong social media know-how

- Ability to dig up the most interesting stories on the web

- Ability to research, gather suitable editorial images and adapt your writing style to certain specifications
- Ability to stick to deadlines
- Experience with WordPress- an advantage
- Familiarity with SEO – an advantage
- Flexibility and adaptability to changing priorities
- A good eye for detail

[Send CV](#)

# PPC Team Leader - Tel Aviv

Novelty Media is looking for a driven, enthusiastic and highly-ambitious **Soical PPC Team Lead**!

Do you have an innovative and creative mind? If you are analytical, creative and detail-oriented, we are looking for you to join our team!

As our **PPC Team Lead**! You will be leading our talented Campaign Managers; you will be responsible for running and executing our paid digital media strategy across all relevant digital platforms, mainly focusing on Facebook, Instagram, Snapchat. You will have an expert understanding of digital analytics, as well as creative best practices and content nuances by platform, in order to help drive strategy and measure success. You will also have an in-depth knowledge of current and emerging digital technology and advertising platforms and demonstrated experience building and leading multiple, simultaneous digital media campaigns.

https://www.novelty.media/careers/    Go

JAN **APR** MAY

◄ **04** ►

2018 **2019** 2020

72 captures
3 Jan 2017 – 30 Jan 2020

About this capture

with a monthly reach of more than 80 million Americans.

### Responsibilities

- Oversee all Campaign Managers. Mentor, manage and train all Campaign Managers as needed.
- Generate, monitor and optimize existing advertising campaigns on different platforms.

- Build, develop, launch, monitor, and optimize all ad campaigns
- Brainstorm and gather ideas for website content, as well as campaign images and ad copy for A/B testing
- Explore new networks and traffic sources to test
- Collaborate closely with the content team as well as the tech team to drive a cohesive vision and positive user experience with advertising campaigns
- Report and communicate results to Media Team Manager on a daily, weekly, monthly basis
- Continually provide creative best practices and feedback to drive high-performing advertising campaigns
- Leverage emerging platforms to identify and engage with known and new audiences

### Requirements


- Two years of management skills
- Ideally, at least 3-5 years of experience in a digital media strategy role
- Fluent in Excel – mandatory
- Familiar with platforms (Facebook, Outbrain, Taboola)
- Technical & analytical orientation
- Self-motivated & a multi-tasker
- Ability to perform in a fast-paced, start-up environment
- Strong interpersonal skills

### Education

Bachelor's Degree in Economics, Business Administration, Industrial engineering preferred

### Job Type

- Full Time, In-House

Send CV

# Copywriter & Social Media Manager - Tel Aviv

Novelty Media is a digital media publishing company with several high-end online magazines. We specialize in highly engaging, ultra-shareable content reaching over 50 million Americans. We are looking for a driven, enthusiastic and highly-ambitious **Copywriter & Social Media Manager!**

As our **Copywriter & Social Media Manager**, you will focus primarily on creating super sharp and engaging promotional copy for our articles on paid and organic channels, and also be responsible for the growth of external and internal communities for Novelty Brands. You will create and drive forward new narratives that inspire others to engage with our brands. This role will help refine and execute strategies to develop brands awareness, scale our social channels, increase reach and engagement of our content, and optimize allocated

https://www.novelty.media/careers/ Go

72 captures
3 Jan 2017 – 30 Jan 2020

JAN APR MAY
04
2018 2019 2020

About this capture

- Write viral copy titles for ads that promote online articles covering various subjects
- Work closely with our media teams to support the day-to-day delivery of the digital promotional copy
- Be verse in partner platform policy restrictions and ensure that all ad components comply
- Leverage community platforms and social channels to execute communication plans and generate community feedback
- Represent community by maintaining dialogue between the community on Facebook and other social media channels
- Provide comprehensive reports on community feedback, issues, concerns and trends to stakeholders to address the community's needs
- Coordinate with Media and Brand Management teams to ensure brand consistency

**Skill & Requirements :**

- At least 1-2 years of experience in copy-writing/social media management
- Experience launching community initiatives
- Familiar with platforms (i.e. Facebook, Instagram, SnapChat, LinkedIn )
- Self-motivated & a multi-tasker
- Ability to perform in a fast-paced, start-up environment
- Excellent writing skills with the ability to translate traditional content into engaging, brand-relevant conversations
- Passion for storytelling and listening to what the community has to say
- Strong understanding of social media analysis and performance tracking
- Superior knowledge of social platforms and tools
- Strong English writing and proofreading abilities

**Education**

-Bachelor's Degree in Marketing, Communications, PR, Business Administration or related fields preferred

Send CV

# JavaScript Engineer - Tel Aviv

Novelty Media is a digital media publishing company with several high-end online magazines. We specialize in highly engaging, ultra-shareable content that reaches over 50 million Americans.

As a Mid Level JavaScript Engineer at Novelty Media, you will be part of a high performing team engaged in developing cutting edge publishing and ad technologies.  Your skills will be called upon to help squeeze performance improvements and optimizations from a large, complex system. In addition, you will help build out exciting new products and services for our business users.

Stack: JS ES6 – Node/Express – Angular – AngularJS – Webpack
Nice to have: React – PHP 7 / WordPress – Jenkins – BigQuery – Jade – Mocha.

**Key Responsibilities**

- Design and develop code for system features and bug fixes
- Troubleshoot and resolve production support issues

project tasks

unit tests and refactor code to improve testability and maintainability

- Perform code reviews

## Requirements

- Bachelor's degree in Computer Science or equivalent work experience
- 2+ years of experience in Javascript/ES6, HTML, CSS, DOM, preferably in an object-oriented language
- Experience with a single page UI application framework, such as Angular, React, etc.
- Experience with Git or other versioning systems
- Strong analytical and problem-solving skills
- Strong interpersonal, verbal and written communication skills

- **Familiar with AdTech technologies environment – advantage.**

Send CV

# Editor -Tel Aviv

Novelty Media is an American Digital Publishing House with a number of online magazines. We specialize in highly engaging and entertaining content.

As the final set of eyes on articles, you're responsible for maintaining the highest level of quality that puts Novelty ahead of the competition. We're obsessed with constantly creating better content that has the potential to break the Internet! The successful candidate will have copy editing and writing experience, familiarity with AP style, a strong command of grammar, diction, and spelling along with an interest in entertainment, pop culture and lifestyle writing.

The Content Editor will need to strictly enforce our editorial style, tone, and flow and ensure that all content is aligned with brand standards. We are looking for someone who is a stickler for precision and has an eye for detail. In order to green-light publications, the Content Editor will ensure that all content abides by formatting layout requirements, strategic business practices, and advertising partner policies. The Content Editor will also be responsible for assisting with post-publication optimization efforts and should have a creative spark and ability to quickly research and write adaptable content.

You'll need excellent communication skills to hit deadlines and streamline production workflows. The role is ideal for someone who is detail-oriented, likes a fast-paced environment, is able to bounce from project to project, and thrives on collaboration.

This role will work closely with Brand Managers, Content Strategists, Compliance Managers, and Advertising Campaign Managers to ensure that our content is top-notch and ready to go viral!

https://www.novelty.media/careers/          Go    JAN  **APR**  MAY
72 captures                                        ◀  **04**  ▶
3 Jan 2017 – 30 Jan 2020                      2018  **2019**  2020
▼ About this capture

requirements
- Assist with copy editing and content management of contracted freelancers and short-form content
- Assist with content optimization operations, editing and expanding upon existing content based on specified data analytics
- Serve as the ultimate authority on in-house style and update the style-guide as needed
- Manage the writer workflow and assignment deadlines
- Provide regular feedback to writers and managers on the quality of work
- Contribute to brainstorming and researching processes

Send CV

## Let's talk

If you are a human and are seeing this field, please leave it blank.

Name

Phone No.

Company Name

Email

send

## San Diego

4225 Executive Square, San Diego, CA 92037, USA
1-858-275-6570  contact@novelty.media

## Tel Aviv

Habarzel 1, Tel Aviv, Israel
972-3-6209614  contact@novelty.media