# Exhibit "E"

(31) IcePop - Home

https://www.facebook.com/icepopentertainment/

Thursday, September 27, 2018

View as Analog
✓ View as Digital
Open Date & Time Preferences...

IcePop | Jeffery | Home | Create | 2 | 4 | 27

Like | Follow | Share | ··· | Sign Up | Send Message

# IcePop

@icepopentertainment

- Home
- About
- Photos
- Videos
- Posts
- Community
- Info and Ads

Create a Page

14 | 2 Comments 3 Shares

Like | Comment | Share

Most Relevant

Write a comment...

**Darlene Davis** So adorable 2
Like · Reply · 14w

**Linda Smith** Priceless 2
Like · Reply · 14w

**IcePop**
June 20 ·

Would you live here? 😏

ICEPOP.COM

**Man Buys Old Airplane And Turns It Into His Home | Icepop**

Read here to see how Bruce Campbell converted a Boeing 727 fuselage...

4 | 1 Comment 6 Shares

Like | Comment | Share

Most Relevant

Magazine

## Our Story

Icepop is an online news magazine founded in 2014 that is on a mission to infuse people's lives with...

See More

## Community

See All

**Invite your friends** to like this Page

121,672 people like this

124,433 people follow this

## About

See All

Send Message

www.icepop.com

Magazine

Suggest Edits

## Team Members

Gal Yosef

English (US) · Español · Português (Brasil) · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices · Cookies · More ·
Facebook © 2018

(31) IcePop - Home

https://www.facebook.com/icepopentertainment/

IcePop | Jeffery | Home | Create

Like | Follow | Share | ...

Sign Up | Send Message

# IcePop

@icepopentertainment

- Home
- About
- Photos
- Videos
- Posts
- Community
- Info and Ads

Create a Page

14 · 2 Comments 3 Shares

Like | Comment | Share

Most Relevant

Write a comment...

**Darlene Davis** So adorable 2
Like · Reply · 14w

**Linda Smith** Priceless 2
Like · Reply · 14w

**IcePop**
June 20 ·

Would you live here? 😏

ICEPOP.COM

**Man Buys Old Airplane And Turns It Into His Home | Icepop**

Read here to see how Bruce Campbell converted a Boeing 727 fuselage...

4 · 1 Comment 6 Shares

Like | Comment | Share

Magazine

## Our Story

Icepop is an online news magazine founded in 2014 that is on a mission to infuse people's lives with...

See More

## Community

See All

**Invite your friends** to like this Page

121,672 people like this

124,433 people follow this

## About

See All

Send Message

www.icepop.com

Magazine

Suggest Edits

**Team Members**

Gal Yosef

English (US) · Español · Português (Brasil) · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices · Cookies · More ·
Facebook © 2018



