# Exhibit "F"



# HOME    CUTE    LIFE HACKS    IMPACT



**THIS 101-YEAR-OLD WOMAN'S WHOSE SON DROVE HER FOR A JOYFUL**

**HEARTWARMING DADDY-DAUGHTER PHOTOSHOOT WITH TWO FATHER**

**EMPATHETIC THERAPY CORGI WARMING A GRIEVING**

**3 INSTAGRAM-ABLE SPOTS AROUND THE U.S. TO UP YOUR INSTA GAME**

**THE INTERNET IS EATING UP THIS SPUNKY PUP'S UNIQUE 'CINNAMON**

# Man Buys Old Airplane And Turns It Into His Home



INNOVATION | JUNE 20, 2018 | DANIELLE PROPHETA

[f Facebook]  [🐦 Twitter]  [✉ Email]
[P Pinterest]



If you were to find an airplane in the middle of the woods, what would you think? Is it the scene of a mysterious plane crash? An old plane junkyard? If it happens to be in Hillsboro, Oregon, then that's just the not-so-humble abode of Bruce Campbell, a retired electrical engineer and very



NEXT
Couple Thought They Are
**Having A Baby. Husband
Faints When Doctor...**

imagination, an old airplane, and a good piece of
land to create the most unique home on Earth.
Read on to see how he built his very exotic home
and take a look inside!

## 1. Dream Big

Bruce Campbell, a 64-year-old retired electrical
engineer, always had creative vision. When he
was in his early 20s, he purchased a 10-acre
piece of land for $23,000 deep in the forest of
Hillsboro, Oregon with a very clear vision in mind.



*cbsnews.com*

From a young age, Campbell loved to tinker with
old objects and materials to create new things.
His plan for this area of land was to construct a
home for himself out of several freight vans. It
sounded like a wonderful and innovative plan, but
that was until he heard about a home someone
else had built.

## 2. Change of Plans

About two decades later, Bruce Campbell heard
about Joanne Ussery, a hairdresser from





NEXT
Couple Thought They Are
Having A Baby. Husband
Faints When Doctor...

HOME   CUTE   LIFE HACKS   IMPACT



*vt.co*

He was already moving forward with his freight van home idea, but Campbell thought a gigantic plane sounded so much more innovative and fun to play with. After all, he strongly believed airplanes should be saved from becoming scrap metal. Land wasn't an issue because he already owned 10 acres, but he'd need enough money to buy and transport this unconventional kind of vehicle to Oregon.

## 3. Buying a Boeing

In 1999, Campbell decided to purchase a Boeing 727 aircraft from Olympic Airways, based at **Athens Airport** for the sum of a whopping $100,000. Once he acquired the airplane, he needed to transport the massive aircraft to the woods in Oregon.



*mirror.co.uk*

Transporting the plane from Athens, Greece, to Oregon proved to be the most daunting task out of the entire venture. Staging and carrying out the move, as well as several other aspects of the project, set him back another $120,000, which meant the airplane cost a total of $220,000. But it seemed like Campbell would make his money's worth of every single penny in more ways than he anticipated.

## 4. The Big Move

The industrious Bruce Campbell couldn't wait to get to work on his new and rather large project, but first he had to move the plane deep into the woods of Oregon. Several men had to take the wings of the plane apart to be able to transport Campbell's new purchase to the secluded piece of land.



*boredpanda.com*





**NEXT**

**Couple Thought They Are Having A Baby. Husband Faints When Doctor...**

to something much more than that after many years of hard work and innovation.

## 5. Hard Learned Lessons

At first, Bruce Campbell just saw the airplane as a fun undertaking with no particular vision, however, the one thing that was clear to him was that he wanted to upcycle the aircraft. He strongly believed that jetliners could be transformed into incredible homes instead of being "mindlessly scrapped."



*boredpanda.com*

For many years, Campbell worked on the fuselage while he resided in the freight vans nearby. It wasn't easy for him to move to the forest, but he had a goal and wasn't going to let it pass him by. Eventually, however, the van became infested with mice, so Campbell was forced to move into the aircraft without a building permit. This is when he started to truly understand the space; a space you wouldn't believe was once a fully-functional airplane.

## 6. When Science and Art Meet



the woods a strange, lonely living environment, but to him, it always felt totally natural. He believes that aircraft possess an "engineering grace unmatched by any other structures people can live within."



*cbsnews.com*

He never drew up plans for the interior of the Boeing 727, but once he moved in, it all became so clear to him. "Next time you're in a jetliner, close your eyes for a moment and remove all the seats, all the other people from your mind," he told ***Business Insider*** when explaining his vision. "Then open your eyes with that vision and consider the expanse of the living room. It's a good environment; it really is," he said.

## 7. Hello, World!

Before Bruce Campbell was ready to show off his masterpiece aircraft home to the world, he washed the exterior of the fuselage with a high-pressure water spray. He told ***Daily Mail*** that it sounds rather easy, but pressure washing takes about four days.



*mirror.co.uk*

The exterior of the Boeing 727 needs to be washed every two years and he needs to use ladders to access the engines and the top of the plane. Washing his beloved home could even be quite dangerous if he were to fall or if the water hose were to swing unexpectedly. That part makes him nervous, but once you see what he has done with the plane you'll understand why it's all worth it.

## 8. Aerospace Castle

According to Campbell every plane is destined to become an "aerospace class castle," fit for anyone to live and retire in. "If a conventional home is a legacy age family Chevy or Ford, an airliner is a fresh new Tesla or Porsche Carrera," he claimed during his interview with **Daily Mail**.







NEXT
Couple Thought They Are
**Having A Baby. Husband
Faints When Doctor...**

outside Hillsboro, Oregon. If anyone were to take a visit to the area, they would immediately notice how much work has been put into the airplane and that it didn't just somehow miraculously land there.

## 9. What Stays and What Goes

Campbell tried to make use of all the equipment the plane already had, leaving most of the instruments and controls in the cockpit. However, he also changed things up by restoring and modifying the interior of the aircraft to make it fit to live in every day.



*mirror.co.uk*

To him, his new home is a constant work in progress while also a fully-functional home. While he built his own makeshift shower, he worked to restore the original features like the flight stairs, the airplane-style lavatory, LED lighting, and some of the original seating. So what exactly does Campbell's airplane home look like today?

## 10. Welcome To My Crib



**NEXT**



**Couple Thought They Are Having A Baby. Husband Faints When Doctor...**



*mirror.co.uk*

He has thought about every little detail, like the shoe rack at the front of the plane. The shoe rack is filled with numerous pairs of slippers, ready for visitors when Campbell greets them in his home. He prefers that everyone wear socks and slippers inside the aircraft to keep it clean, as cleaning such a big home isn't all that easy.

## 11. First House Rule

Seeing that the glass floor can get dirty quickly because of the surrounding forest, he sticks to his sock/slipper rule at all times to ensure the plane is constantly in pristine condition. He lives alone, but that doesn't mean he doesn't take pride in his home.





HOME    CUTE    LIFE HACKS    IMPACT

NEXT

Couple Thought They Are
Having A Baby. Husband
Faints When Doctor...



*en.tengrinews.kz*

Campbell only wears slippers and socks to
maneuver about in his unique Boeing 727 home.
He loves the Plexiglas flooring, which adds to the
look of the home. He often stands on the glass
imagining what else he can do with the aircraft.

## 12. A Modest Life

The retired Boeing 727 has plenty of space, but
Bruce Campbell lives quite a modest lifestyle
inside the plane. He sleeps on a futon, cooks with
a microwave and toaster, eating mainly cereal
and canned food, and constructs lots of
makeshift equipment.



NEXT

**Couple Thought They Are Having A Baby. Husband Faints When Doctor...**

*mirror.co.uk*

Pictured here is Bruce stretching out on his futon bed, surrounded by many of his belongings. However, when he isn't taking a load off, he is hard at work, constantly renovating certain elements like the bathroom, which is up next.

## 13. Shower Power

The aircraft features two of the original working lavatories, but the coolest part of it is the shower, which Campbell constructed close to the tail of the plane. In order for the plane to have running water and electricity to heat up the water, he dug a trench from where he rerouted a well power line.



*mirror.co.uk*

He fused an old meter base with the old power cable and mounted a new circuit breaker cabinet inside the aircraft with a telecom cable, PVC





**NEXT**

**Couple Thought They Are Having A Baby. Husband Faints When Doctor...**

The cockpit still contains all of the original instruments, but Campbell converted it into his reading and entertainment area. This is the part of the aircraft that he constantly wants to improve and renovate because of all the fun gadgets.



*mirror.co.uk*

"It's a great toy. Trick doors, trick floors. Hatches here, hatches there. Star Trek movies in a Star-Trek like setting," he told ***Business Insider***. He went on to say that living in a plane is a constant source of adventure for a tech nerd like him. "Having lots of little toys enclosed in a very big toy is nirvana."

## 15. An Engineer's Working Station

For most of the day, Campbell is aboard the plane, doing work on his computer at his work station, where he plans how to improve the design of his home further. He derives so much enjoyment from planning what he'll do next. "I think most people are nerds in their hearts in

**NEXT**

Couple Thought They Are
**Having A Baby. Husband
Faints When Doctor...**



*mirror.co.uk*

It makes perfect sense that an engineer would
want to live and work on his project at the same
time because that's the only way he gets to truly
understand the space and what will make the
area the most functional.

## 16. Flashing Lights

Just as Campbell constructed his very own
running water system, he also restored the
lighting both inside and out. He knew that living
alone in a forest isn't always easy, so he made
sure all his basic amenities were covered.



*boredpanda.com*

This means that the plane is fully operational at
night. He can work, read, and research in his



HOME    CUTE    LIFE HACKS    IMPACT

NEXT
Couple Thought They Are
Having A Baby. Husband
Faints When Doctor...



## 17. Keeping Up Appearances

Not only does Bruce Campbell take care of the
interior of his airplane, he also tends to the
surrounding forest area around his Boeing 727.
Just like someone would care for their garden or
yard, Campbell feels the same about the weeds
and grass around the airliner.



*mirror.co.uk*

Once a week he mows the lawn and picks the
weeds beneath the plane to ensure that the area
of his living space will look presentable at all
times. It's not an easy feat, but nothing is ever too
much for Campbell.

## 18. Innovation At Its Best

When asked by the ***Daily Mail*** why he believes so
strongly in upcycling aircraft and converting them
into homes, Campbell emphasized the
environmental benefits of such an endeavor. He
noted how durable and strong airplanes really
are, saying they can even withstand storms and
earthquakes.



**NEXT**

**Couple Thought They Are Having A Baby. Husband Faints When Doctor...**

*boredpanda.com*

Not only can his Boeing 727 weather a storm, the plane is also easy to maintain and clean. "Their interior is easy to keep immaculately clean because they are sealed pressure canisters. They could last for centuries," he said. Campbell also believes that converting airplanes could take traction around the world once people understand the environmental benefits.

## 19. Fully-Stocked Kitchen

Some people would shy away from living on an airliner because of the lack of amenities and supplies, but Bruce Campbell proves that it's simply not the case. He doesn't live far from the city, so getting supplies isn't an issue.



*mirror.co.uk*



# HOME    CUTE    LIFE HACKS    IMPACT

**NEXT**
**Couple Thought They Are Having A Baby. Husband Faints When Doctor...**

has running water, a microwave, and toaster, so making basic meals is as easy as pie. At least he isn't eating airplane food, right?!

## 20. Going For a Spin?

Campbell might not be able to take his Boeing 727 out for a spin, but his home still offers that feeling with his row of preserved seats. He has kept them in their original form, and hence preserved that exciting feeling of being up in the air.



*boredpanda.com*

Most of the seats have been taken out to give him room to live and move around, but he wanted to keep a piece of the original plane to remind him why he loves his new unique home so much. Besides, guests are more than welcome to relax in the seats for as long as they want.

## 21. Playing Pilot

Campbell loves hanging out in the cockpit area. It's the place where he gets his creative

NEXT
**Couple Thought They Are Having A Baby. Husband Faints When Doctor...**



*mirror.co.uk*

Sitting in the cockpit gives Campbell the opportunity to imagine how a pilot must feel in the middle of a flight with all those gadgets and flashing lights before him or her. The power of technology and all its glory comes alive here.

## 22. Laundry Matters

When it comes to hygiene, there's no need to wonder: Bruce Campbell has it all covered. He brushes his teeth with clean running water and even has his own top loader washing machine to keep his clothes looking clean and smelling fresh.



*cbsnews.com*



NEXT
Couple Thought They Are
Having A Baby. Husband
Faints When Doctor...

## 23. A Typical Man

Just because Campbell lives in an aircraft, it
doesn't mean that he doesn't look after himself or
his appearance. In fact, the meticulous design of
the interior only reflects how neat and clean he
really is on a daily basis.



*cbsnews.com*

He isn't stranded on a boat or cut off from
civilization, which means that Campbell shaves,
showers, and cleans himself every day just like
everyone else. Aboard his airplane home, he has
just about everything a guy could possibly need.

## 24. Getting Down to Basics

Campbell said there is a huge benefit to living in
an airplane, made out of sturdy metal, instead of
a home made of more common materials such as
wood. He explained to ***Business Insider*** that
"wood is, in my view, a terrible building material.
It biodegrades – it's termite chow and microbe
chow. Or it's firewood; depends upon which
happens first."



**Couple Thought They Are Having A Baby. Husband Faints When Doctor...**

*boredpanda.com*

He believes that traditional rectangular houses are actually inferior because they opt for ergonomics instead of strength. "To me it makes no sense at all to destroy the finest structures available and then turn around and **build homes** out of materials which are fundamentally little better than pressed cardboard, using ancient and inferior design and building methods," he said.

## 25. Being Logical

A lot of people ask Campbell if the plane crashed in the Oregonian woods and if he simply restored the body of the plane. He doesn't care for questions like those because he said they are totally illogical and unreasonable.



*mirror.co.uk*

His goal is to teach the world how much hard work goes into such a project. It sounds odd to him that people don't understand the intricacies behind his home, but he also understands that not everyone is aware of the possibilities.

## 26. A Proud Owner

Posing in his **Boeing 727**, Campbell is extremely proud of his home. Home is where the heart is, and for him that's right inside this very airliner where he gets to play with his toys and gadgets and feel inventive all the time.



*cbsnews.com*

This is just one notch on Campbell's innovation belt, in that he has even bigger and more creative plans for the future. Read on to find out what he's going to do next and where he wants to implement it.

## 27. Out and About

Believe it or not, Bruce Campbell only resides in his Boeing 727 for six months of the year. He likes a change of scenery, so for the other half of the year, he lives in Japan, which is quite different from his Oregonian living situation.



*earthporm.com*

While he lives in Japan, Campbell works on many projects and ideas to keep himself busy. There is one venture in particular that has seriously piqued his interest, and you won't believe what it is … or maybe you can guess.



HOME    CUTE    LIFE HACKS    IMPACT



**NEXT**

**Couple Thought They Are Having A Baby. Husband Faints When Doctor...**

plans on buying a retired 747 airplane and converting it into another unique home for when he's in Japan.



*cbsnews.com*

Seeing that he saved the environment in one country, it would only make sense that he'd do the same in his other place of residence. Now that he has already restored one airplane, moving into another one seems like a piece of cake to him.

## 29. Changing the Mindset

Campbell believes that his life purpose is to make a difference in the world for humanity and the environment. He is fueled by his thirst for innovation. After all, he worked as an electrical engineer for most of his life.



*mirror.co.uk*

There is something about recycling airplanes that gets him all excited and giddy; a niche he wants to claim has his own. "My goal is to change humanity's behavior in this little niche," Campbell said as he stood with his airplane home.

## 30. Why Oregon?

Campbell chose to reassemble his Boeing 727 airplane in the woods of Hillsboro, Oregon for two simple reasons: he was offered a job in the area after he graduated in the '70s and he loves the greenery of the area. "I like the area and it's very green and Oregon is a little independent minded which appealed to me. It's a country setting, it's very nice. It's more than enough for the aircraft," he wrote on his **website**.



*Josh Edelson for Daily Mail*



HOME    CUTE    LIFE HACKS    IMPACT



**NEXT**
**Couple Thought They Are**
**Having A Baby. Husband**
**Faints When Doctor...**

Campbell had a totally different idea in mind. "I had stopped thinking in provincial terms and I had thought like a free bird engineer," he said.

## 31. An Open House

Bruce Campbell is happy to let curious onlookers and tourists stop by for a tour of his abode. You can even schedule appointments with him via his website if you're in the area and you're curious to see what it's like to reside in an aircraft.



*Josh Edelson for Daily Mail*

When asked how he feels about these passersby, Campbell told *Daily Mail*: "It happens frequently; it happens almost every day now and I encourage it." He's happy for everyone to witness his innovative home, as he wants to show people what he believes to be "a great toy" and "one of the finest structures mankind has ever built."

## 32. Don't Mind Me

With quite a few people frequently dropping by to get a tour of Campbell's awesome Boeing 727, there have definitely been some awkward moments. One time in particular, he was taking a

NEXT
**Couple Thought They Are Having A Baby. Husband Faints When Doctor...**



*Josh Edelson for Daily Mail*

Campbell explained that three quarters of his visitors schedule a time with him first on his website, but the other quarter just arrive randomly at any given time. "I live in a pretty transparent environment. I go about living while people are touring my aircraft and sometimes it's very intimate," he told **Daily Mail**. On the other hand, he finds it extremely rewarding because he gets to learn a lot and meet interesting people.

## 33. Concert on a Wing

Not only does Campbell open his house to inquisitive guests; he also hosts several events during the year. From the June 30 to July 3, 2018, he hosted Yuko Pomily, a vocalist from Tokyo, and other artists for a one-of-a-kind show. It took place on the grassy area in front of the right wing of his aircraft.

HOME   CUTE   LIFE HACKS   IMPACT



**NEXT**

**Couple Thought They Are Having A Baby. Husband Faints When Doctor...**

*Josh Edelson for Daily Mail*

He advertised the show on his website as "A new concert option: Superb music rendered from a wing of a scintillating aerospace home" with several instructions and guidelines. He advised the guests to come in comfortable clothing fit for the countryside as well as tennis or running shoes. Campbell even offered slippers for those who desired to enter this aircraft cabin.

## 34. Partying on a 727

For those of you who missed the music show, Bruce Campbell is hosting a massive DJ dance party with his friends who own the Portland based party promotion company called Murderboat Productions, from the 7th to 9th of September, 2018.



*Josh Edelson for Daily Mail*





**NEXT**
Couple Thought They Are
Having A Baby. Husband
Faints When Doctor...

what proves to be an unforgettable party of art, beer, and food with the permission of the Oregon Liquor Control Commission.

## 35. Campbell's Social Life

Bruce Campbell is content with his modest lifestyle in his inventive bachelor pad, and he isn't about to give it up — not even to pursue love. "I will not marry and will not generate kids. I'm 68 so it's too late anyway, but I simply never desired to be married or have kids. I enjoy romance and love and I indulge in it as much as civilization will allow," he declared to **Daily Mail**.



*Josh Edelson for Daily Mail*

He absolutely adores his nontraditional home, which explains why he finds the traditional concept of love and marriage just as confining as a mortgage. However, he is very close to a set neighbors who support what he does and believe in his vision completely. What's more, his modest life certainly doesn't deter his outspoken ambition, which brings us to this next project that is currently in the works.



**NEXT**
Couple Thought They Are
Having A Baby. Husband
Faints When Doctor...

land to create his second airplane home with an even bigger Boeing 747-400.



*Josh Edelson for Daily Mail*

He simply can't get enough of the thrill that comes with upcycling airplanes, and believes that everyone else will feel the same once they visit the plane for social events and open tours. On his website, Campbell wrote that his goal is to "spark a renaissance of thought about how to utilize this remarkable resource." His desire is for others to start building their very own airplane homes as well.

## 37. A Rebel with a Cause



NEXT
**Couple Thought They Are Having A Baby. Husband Faints When Doctor...**

community.



*Josh Edelson for Daily Mail*

His vision is to transform this airplane into a tsunami lifeboat for places regularly threatened by tsunamis like Kyushu. Campbell wants people to know how airplanes can last for centuries and withstand very harsh conditions, owing to their high aerospace sealed pressure technology.

## 38. All Aboard!

The aircraft Bruce Campbell used to construct his home in Oregon is a Boeing 727-400 model, which was produced by Boeing from 1960 up until 1984. The model was constructed for short and medium-length flights, as it could use shorter runways at smaller airports.



**NEXT**

**Couple Thought They Are
Having A Baby. Husband
Faints When Doctor...**

*Josh Edelson for Daily Mail*

This aircraft is the only aircraft model that Boeing
Commercial Airplanes built with three engines
and could seat between 149 to 189 passengers.
Delta Air Lines was the last major U.S. carrier to
use the model and retired its last 727 in April,
2003, while Northwest Airlines retired its last 727
in June, 2003. Today, only Iran Aseman Airlnes
still operate 3 727-200s for passenger services.

## 39. A Bleaker History

Before Campbell purchased the Boeing 727 and
turned it into his masterpiece airplane home, the
aircraft was obviously used to transport people to
different destinations. Well, how about the fact
that it also transported a dead body and
somebody very famous?!



HOME   CUTE   LIFE HACKS   IMPACT

**NEXT**

**Couple Thought They Are Having A Baby. Husband Faints When Doctor...**



*usmagazine.com*

Yep! The steel bird, which Campbell likes to call home now, once transported Greek tycoon Aristotle Onassis's body to Greece after he died in France of respiratory failure on March 15, 1975. Jackie Kennedy Onassis, the former First Lady of the United States of America and Aristotle's long-time friend and wife at the time, accompanied his body on the plane.

## 40. One of a Few

Turns out that Campbell is one of small number of people around the world, from Texas to Costa Rica and the Netherlands, who have transformed retired airliners and aircraft into **functional living spaces**. Martin Todd, a spokesman for the Aircraft Fleet Recycling Association, said that the group "is happy to see aircraft fuselages re-



HOME    CUTE    LIFE HACKS    IMPACT

NEXT

Couple Thought They Are
Having A Baby. Husband
Faints When Doctor...





*airplanehome.com*

AFRA is an organization which focuses on
promoting sustainable practices for engines and
aircraft. Another spokesman estimated that
between 1,200 to 1,800 aircraft will be dismantled
around the world over the next three years, while
500 to 600 will be retired every year over the next
20 years. Those could all be homes if more
people start learning from Bruce Campbell's
example!

**If you found this article interesting, please
SHARE with your friends!**

Sources: **Business Insider**, **Daily Mail**, **Mirror**,
**Huffington Post**, **Bored Panda**

## Popular In the Community

 



HOME    CUTE    LIFE HACKS    IMPACT

Couple Thought They Are
Having A Baby. Husband
Faints When Doctor

What should be...

his loving wife!!!...

**USEFUL LINKS**

Privacy Policy

Terms Of Use

About Us

Contact Us

**BEST CATEGORIES**

OMG!

ENTERTAINMENT

LIFE

HUMOR

Copyright © 2018 Novelty Magazines

SHARE THIS STORY

### 3. Buying a Boeing

In 1999, Campbell decided to purchase a Boeing 727 aircraft from Olympic Airways, based at **Athens Airport** for the sum of a whopping $100,000. Once he acquired the airplane, he needed to transport the massive aircraft to the woods in Oregon.

SPONSORED BY | ANCESTRY.COM

**Do You Come From Royal Blood? Your Las...**

Do you think your family originated from the top 1 percent? According to a new study of unique la...

SEE MORE



mirror.co.uk

GET 40+ CHANNELS sling $25 A MONTH FOR ONLY WATCH 7 DAYS FREE

Transporting the plane from Athens, Greece, to Oregon proved to be the most daunting task out of the entire venture. Staging and carrying out the move, as well as several other aspects of the project, set him back another $120,000, which meant the airplane cost a total of $220,000. But it seemed like Campbell would make his money's worth of every single penny in more ways than he anticipated.

### 4. The Big Move



THIS STUNNING DOG'S ADVENTUROUS INSTAGRAM WILL CALM YOU DOWN

THIS DOG'S HILARIOUS STUNT TO STEAL HER HUMAN'S SMILE WILL BRING A GRIN TO YOUR FACE

YOUR HEART WILL MELT OVER THIS CANADIAN TOWNSHIP'S SWEET INITIATIVE TO SAVE ITS WILDLIFE

THIS ENERGETIC SHELTER DOG WAS RETURNED FOR THE SADDEST REASON, BUT THE PUP DEFIED ALL ODDS

HOMEOWNERS FIND AN OLD TENANT LIVING AT THEIR HOUSE, AND THEY QUICKLY MAKE FRIENDS

# Man Buys Old Airplane And Turns It Into His Home

INNOVATION | JUNE 20, 2018 | DANIELLE PROPHETA

Facebook    Twitter    Email    Pinterest    Google+

If you were to find an airplane in the middle of the woods, what would you think? Is it the scene of a mysterious plane crash? An old plane junkyard? If it happens to be in Hillsboro, Oregon, then that's just the not-so-humble abode of Bruce Campbell, a retired electrical engineer and very inventive man. Bruce likes to turn planes that would have otherwise become scrap metal into beautiful upcycled masterpieces. He believes that airplanes can have so much potential outside of their intended use. He's used his good imagination, an old airplane, and a good piece of land to create the most unique home on Earth. Read on to see how he built his very exotic home and take a look inside!

## 1. Dream Big

Bruce Campbell, a 64-year-old retired electrical engineer, always had creative vision. When he was in his early 20s, he purchased a 10-acre piece of land for $23,000 deep in

MORE FROM ICEPOP

He Certainly Didn't Expect To Find This in His Elderly Relative's House

American Eagle Refuses to Airbrush Their Lingerie Models - Even More Body Positivity! - IcePop

▶ Man Buys Old Airplane And Turns It Into His Home

*mirror.co.uk*

f SHARE THIS STORY

GET 40+ CHANNELS FOR ONLY $25 A MONTH — sling — WATCH 7 DAYS FREE

To him, his new home is a constant work in progress while also a fully-functional home. While he built his own makeshift shower, he worked to restore the original features like the flight stairs, the airplane-style lavatory, LED lighting, and some of the original seating. So what exactly does Campbell's airplane home look like today?

## 10. Welcome To My Crib

When one enters Bruce Campbell's Boeing 727 home, they need to use the airplane's original fold-down stairwell, just like its passengers would have done back when the plane was still in use and on the tarmac of a busy airport.

ME MADRID REINA VICTORIA
MADRID
FROM $139
ME



*mirror.co.uk*

Z · Stop Your Hair Loss Today · With The Newest Technology Available, There Is No Better Time For Hair Transplant Surgery · CONTACT US

He has thought about every little detail, like the shoe rack at the front of the plane. The shoe rack is filled with numerous pairs of slippers, ready for visitors when Campbell

### Planned Parenthood

Campbell only wears slippers and socks to maneuver about in his unique Boeing 727 home. He loves the Plexiglas flooring, which adds to the look of the home. He often stands on the glass imagining what else he can do with the aircraft.

## 12. A Modest Life

The retired Boeing 727 has plenty of space, but Bruce Campbell lives quite a modest lifestyle inside the plane. He sleeps on a futon, cooks with a microwave and toaster, eating mainly cereal and canned food, and constructs lots of makeshift equipment.

GET 40+ CHANNELS FOR ONLY $25 A MONTH sling WATCH 7 DAYS FREE



mirror.co.uk

PLANNED PARENTHOOD NEEDS YOU. This is the fight of our lives. DONATE TODAY

Pictured here is Bruce stretching out on his futon bed, surrounded by many of his belongings. However, when he isn't taking a load off, he is hard at work, constantly renovating certain elements like the bathroom, which is up next.

## 13. Shower Power

SHARE THIS STORY

Pictured here is Bruce stretching out on his futon bed, surrounded by many of his belongings. However, when he isn't taking a load off, he is hard at work, constantly renovating certain elements like the bathroom, which is up next.

### 13. Shower Power

The aircraft features two of the original working lavatories, but the coolest part of it is the shower, which Campbell constructed close to the tail of the plane. In order for the plane to have running water and electricity to heat up the water, he dug a trench from where he rerouted a well power line.

SPONSORED BY | ANCESTRY.COM

**Do You Come From Royal Blood? Your Las...**

Do you think your family originated from the top 1 percent? According to a new study of unique la...

SEE MORE



mirror.co.uk

SHARE THIS STORY

THANKS FOR WATCHING

We wanted you to see this trending video

Ad By Sponsor

See More



*mirror.co.uk*

LIVE SPORTS, HIT SHOWS, BREAKING NEWS & MORE

sling

WATCH NOW ▶

"It's a great toy. Trick doors, trick floors. Hatches here, hatches there. Star Trek movies in a Star-Trek like setting," he told *Business Insider*. He went on to say that living in a plane is a constant source of adventure for a tech nerd like him. "Having lots of little toys enclosed in a very big toy is nirvana."

### 15. An Engineer's Working Station

For most of the day, Campbell is aboard the plane, doing work on his computer at his work station, where he plans how to improve the design of his home further. He derives so much enjoyment from planning what he'll do next. "I think most people are nerds in their hearts in some measure. The point is to have fun," he told *Daily Mail*.

BREAKING NEWS & MORE

WATCH NOW ▸

SHARE THIS STORY

"It's a great toy. Trick doors, trick floors. Hatches here, hatches there. Star Trek movies in a Star-Trek like setting," he told *Business Insider*. He went on to say that living in a plane is a constant source of adventure for a tech nerd like him. "Having lots of little toys enclosed in a very big toy is nirvana."

### 15. An Engineer's Working Station

For most of the day, Campbell is aboard the plane, doing work on his computer at his work station, where he plans how to improve the design of his home further. He derives so much enjoyment from planning what he'll do next. "I think most people are nerds in their hearts in some measure. The point is to have fun," he told *Daily Mail*.



mirror.co.uk

It makes perfect sense that an engineer would want to live and work on his project at the same time because that's the only way he gets to truly understand the space and what will make the area the most functional.


SHARE THIS STORY

### 17. Keeping Up Appearances

Not only does Bruce Campbell take care of the interior of his airplane, he also tends to the surrounding forest area around his Boeing 727. Just like someone would care for their garden or yard, Campbell feels the same about the weeds and grass around the airliner.





mirror.co.uk

REWARDS YOU CAN COUNT ON.    APPLY NOW

Once a week he mows the lawn and picks the weeds beneath the plane to ensure that the area of his living space will look presentable at all times. It's not an easy feat, but nothing is ever too much for Campbell.

### 18. Innovation At Its Best

When asked by the *Daily Mail* why he believes so strongly in upcycling aircraft and converting them into homes, Campbell emphasized the environmental benefits of such an endeavor. He noted how durable and strong airplanes really are, saying they can even withstand storms and earthquakes.

SHARE THIS STORY

creative engineering juices flowing and it provides him with a neat little nook to unwind, read, and relax. It's his very own little game room.

Get real-time driver feedback with Drivewise*. — Learn More



mirror.co.uk

PLANS START AT $7.32 day — Warm up to affordable health care. — KAISER PERMANENTE Get Your FREE Quote! or call us below: 1-800-738-9446

Sitting in the cockpit gives Campbell the opportunity to imagine how a pilot must feel in the middle of a flight with all those gadgets and flashing lights before him or her. The power of technology and all its glory comes alive here.

## 22. Laundry Matters

When it comes to hygiene, there's no need to wonder: Bruce Campbell has it all covered. He brushes his teeth with clean running water and even has his own top loader washing machine to keep his clothes looking clean and smelling fresh.

Santa Ana, CA: This Tiny, Unknown Company Is Disrupting A 91 Billion Dollar Industry — EVERQUOTE