# Exhibit "G"

SHARE THIS STORY · Like 1277%



My Good Planet

Justin Georgi, an associate professor of anatomy at Midweste[...]
Arizona, caught word of Mr. Stubbs' dilemma. He knew he co[...]
challenged one of his students to design and print a personali[...]
printer.

## A Bright Reptilian Future

First, they took a cast of the alligator's stub and then calculate[...]
tail fit like a glove. When it was finished, they strapped it onto Mr. Stubbs, and it was
perfect.

imgur

He could swim! And he could do everything all the other **alligators** could do. Because of
the love and care for Mr. Stubbs, he can live a full life and can live the life he was meant
to live. An alligator's life.

---

The Most Shocking Wardrobe Malfunctions in Film History | Icepop

Cop Stands In Rain During Storm Until Couple Realizes Why | Icepop

Dad's Response To Sassy Toddler's 'Boyfriend' Announcement | Icepop

by Taboola

---

**Date & Time**

Date & Time | Time Zone | Clock

☑ Set date and time automatically: Apple Americas/U.S. (time.apple.com.)

2/10/2020    6:01:36 PM

**Feb 2020** ◀ ● ▶

Su Mo Tu We Th Fr Sa
26 27 28 29 30 31 1
2 3 4 5 6 7 8
9 10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28 29
1 2 3 4 5 6 7

To set date and time formats, use Language & Region preferences. Open Language & Region...

🔒 Click the lock to make changes.