UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY R. WERNER,<br><br>    Plaintiff,<br><br>v.<br><br>NOVELTY MEDIA; SONGO MEDIA INC.; and DOES 1 through 10 inclusive,<br><br>    Defendants. | Case No.: 3:20-cv-00637-LAB-AHG<br><br>**ORDER OF DISMISSAL [Dkt. 17]** |

Plaintiff Jeffrey Werner and Defendants Novelty Media and Songo Media Inc. jointly filed a stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Dkt. 17 The Court construes that stipulation as a joint motion under L. Civ. R. 7.2 and **GRANTS** that motion. All claims against all parties are **DISMISSED WITH PREJUDICE**. Each party will bear its own costs and attorneys' fees.

Dated: August 18, 2020

*[signature: Larry A. Burns]*

Hon. Larry A. Burns
Chief United States District Judge